

October 31, 2024

Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas
15TH Floor, New York, NY 10018
edward@bochner.law

Dear Mr. Poltzik,

On behalf of Penguin Random House and its Penguin Press imprint, this letter responds to yours of October 29, 2024 concerning the book *Lucky Loser*, by Russ Buettner and Susanne Craig (the "Book"). Your letter is a full-throated paean to your client, Donald J. Trump, and your favorable opinion of his life's work. Your letter falls short, however, of identifying an actionable claim for defamation against Penguin Press. You are no doubt aware that the fact that a particular source declined to be interviewed is far from proof of "reckless disregard for truth." You also well know that expressions of opinion are not actionable and that the First Amendment protects free, open and robust debate on public issues, especially when the debate focuses on a candidate for President of the United States. The fact that the authors of the book do not share your favorable view of your client's career, does not provide the foundation for a defamation claim.

You conclude your letter with a document preservation notice. I write to confirm that Penguin Press has taken note of this notice and are taking all reasonable steps to comply. This letter provides you with official notice that you should advise your client to observe the same preservation efforts with regard to all statements made about him in the Book, regardless of whether he challenges them as false. I look forward to your confirmation of the same.

Best,

*Carolyn K. Foley*
Carolyn K. Foley

**Carolyn K. Foley**
Penguin Random House LLC
Senior Vice President & Associate General Counsel
1745 Broadway, New York, NY 10019

EXHIBIT F