*QUIZ: What Book Should You Read Next?*



| Books | Kids | Popular | Authors & Events | Recommendations | Audio |

# Lucky Loser

How Donald Trump Squandered His Father's Fortune and Created the Illusion of Success

By **Russ Buettner** and **Susanne Craig**



**Paperback (2)**

**Paperback**  $24.00
Available on Sep 23, 2025 | 528 Pages

Preorder from:

Amazon | Barnes & Noble | Books A Million | Bookshop.org
Hudson Booksellers | Powell's | Target | Walmart

Large Print

Hardcover +

Ebook +

Audio +

Look Inside | Audio Sample | Read Sample

## Book Description

An Instant *New York Times* Bestseller • A *Washington Post* Notable Book • A *Financial Times* Best Business Book of the Year

"A first-rate financial thriller . . . *Lucky Loser* is one of those rare Trump books that deserve, even demand, to be read." –Alexander Nazaryan, *The New York Times*

From the Pulitzer Prize-winning reporters behind the 2018 bombshell *New York Times* exposé of President Trump's finances, an explosive investigation into the history of Donald Trump's wealth, revealing how one of the country's biggest business failures lied his way into the White House

Soon after announcing his first campaign for the US presidency, Donald J. Trump told a national television audience that life "has not been easy for me. It has not been easy for me." Building on a narrative he had been telling for decades, he spun a hardscrabble fable of how he parlayed a small loan from his father into a multi-billion-dollar business and real estate empire. This feat, he argued, made him singularly qualified to lead the country. Except: None of it was true. As his wealthy father's chosen successor, Trump received the equivalent today of more than $500 million in family money. He collected a second windfall thanks to Mark Burnett, the revolutionary television producer who made Trump a star. In truth, Trump's empire was underwriting, and at times saved, by the

Related Genres

Biography & Memoir | Politics
True Crime

See More

Praise

Product Details

### Author
### Russ Buettner

**Russ Buettner** is an investigative reporter at the *New York Times*. Since 2016, his reporting has focused on the personal finances of Donald J. Trump, including in-depth articles with Susanne Craig and other *Times* reporters that revealed the fortune Trump inherited from his father and the record of business failures hidden in...

Learn More

### Author
### Susanne Craig

**Susanne Craig** is an investigative reporter at the *New York Times*. Since 2016, her reporting has focused on the personal finances of Donald J. Trump, including in-depth articles that revealed the fortune Trump inherited from his father and the record of business failures hidden in twenty years of Trump's tax returns. Those...

Learn More

EXHIBIT B