**BRITO PLLC**

Alejandro Brito
Email: abrito@britopllc.com
Phone: (305) 614.4071
Address: 2121 Ponce de Leon. Suite 650
Coral Gables, FL 33134
www.britopllc.com

September 15, 2024

Ms. Suzanne Craig
Mr. Russ Buettner
Mr. Joseph F. Kahn, Executive Editor
The New York Times Company
620 Eighth Avenue
New York, NY 10018

Re: **Cease and Desist False and Defamatory Statements About President Donald J. Trump**

Dear Ms. Craig and Messrs. Buettner and Kahn:

This law firm represents the interests of President Donald J. Trump. Please direct all future correspondence relating to this matter to my attention.

Over the course of numerous published articles throughout the years, and particularly since President Trump announced his candidacy in 2015, The New York Times ("NYT") has made it abundantly clear that it has no intent to cover President Trump fairly or accurately.[1] Indeed, NYT's media columnist, Jim Rutenberg, eliminated all doubt as to the absence of NYT's journalistic objectivity when he stated that the NYT's biased news coverage of President Trump was justified, and the NYT was somehow not obligated to cover him objectively. https://www.nytimes.com/2016/08/08/business/balance-fairness-and-a-proudly-provocative-presidential-candidate.html

On September 14, 2024, consistent with its pattern of making false, misleading, and/or defamatory statements which specifically target President Trump and intentionally disparage him, Ms. Craig and Mr. Buettner, on behalf of the NYT, authored an article entitled "The Star-Making Machine That Created 'Donald Trump,'" (the "Article"), which makes false, misleading and baseless accusations used to undermine President Trump's reputation. Those same statements, and others, are apparently also going to be published in an upcoming book authored by Ms. Craig and Mr. Buettner entitled "Lucky Loser: How Donald Trump Squandered His Father's Fortune and Created the Illusion of Success." (the "Book"). By way of example, the Article wrongly contends that:

- "The producers would also need to invent a version of Donald Trump that did not actually exist — measured, thoughtful and endlessly wealthy . . .," which statement was specifically designed to damage President Trump's reputation;

---

[1] "Why Readers See The Times As Liberal." https://www.nytimes.com/2016/07/24/public-editor/liz-spayd-the-new-york-times-public-editor.html

**EXHIBIT D**



Alejandro Brito
Email: abrito@britopllc.com
Phone: (305) 614.4071
Address: 2121 Ponce de Leon. Suite 650
Coral Gables, FL 33134
www.britopllc.com

- "Mr. Trump had mostly luck to credit for being discovered, at age 57, by Mark Burnett," which simply deceives and insults the readers of the Article by falsely and maliciously suggesting that prior to "The Apprentice," President Trump had not been "discovered."

- "Mr. Trump did not mention that he had just directed his siblings to sell the dozens of buildings their late father had left them in trust funds, a betrayal of Fred Trump's wishes to keep his empire in the family." This statement is patently false, as well as intentionally and maliciously defamatory.

- "Donald Trump, four years after his father's death, orchestrated the private sale for $738 million. It was a huge number. But the buyers' banks valued the buildings at about $975 million, raising a question about Mr. Trump's claim to have mastered the art of the deal." This statement falsely denigrates President Trump's business acumen without any basis in which to do so given that the foundation of these statements is simply false.

Such defamatory statements, which are not exhaustive of the unlawful statements made in the Article, have no basis in fact, are unwarranted and have caused irreparable harm.

Words are defamatory under Florida law[2] when "they tend to subject one to hatred, distrust, ridicule, contempt or disgrace or tend to injure one in one's business or profession." *Johnston v. Borders*, 36 F.4th 1254, 1275 (11th Cir. 2022) (quoting *Am. Airlines, Inc. v. Geddes*, 960 So. 2d 830, 833 (Fla. 3d DCA 2007) (citation and quotation marks omitted)). Even if the words are not literally false, they may still be defamatory if "the defendant juxtaposes a series of facts so as to imply a defamatory connection between them, or creates a defamatory implication by omitting facts." *Johnston v. Borders*, 36 F.4th 1254, 1275 (11th Cir. 2022) (quoting *Jews for Jesus*, 997 So. 2d at 1108). Further, "where the speaker or writer neglects to provide the audience with an adequate factual foundation prior to engaging in the offending discourse, liability may arise." *See Zambrano v. Devanesan*, 484 So. 2d 603, 607 (Fla. 4th DCA 1986).

Here, the Article fails to provide its readers with any reasonable measure of context, and entirely ignores the great successes that President Trump has achieved in his professional career which include, among many others, Trump Tower, Trump Place, Grand Hyatt Hotel, Wollman Rink, 40 Wall Street, Trump International Tower Chicago, Bank of America building in San Francisco, Trump Golf Links at Ferry Point, Old Post Office project in Washington DC, West Side rail yards development. Moreover, a fair and accurate reporting about President Trump makes clear the obvious fact that The Apprentice became a historic success ***because of*** President Trump.

---

[2] Given that the Article was disseminated in Florida and President Trump resides in Florida, Florida law would apply to any claims he may have against NYT, the authors of the Article, and any other related parties.



**Alejandro Brito**
Email: abrito@britopllc.com
Phone: (305) 614.4071
Address: 2121 Ponce de Leon. Suite 650
Coral Gables, FL 33134
www.britopllc.com

The statements made by each of you constitute deliberate verbal attacks, motivated by ill will, malicious intentions, and calculated to inflict significant harm upon President Trump's reputation with just 50 days until the 2024 Presidential Election in which he is the leading candidate. These defamatory statements have not only caused considerable damage but have also undermined the credibility and integrity of President Trump in the eyes of the public and the professional community.

To the extent you seek to take the position that your statements are protected as opinions, your beliefs are belied by well-established Florida law. *See Dershowitz v. Cable News Network, Inc.*, 541 F. Supp. 3d 1354, 1362 (S.D. Fla. 2021); *see also Milkovich v. Lorain Journal Co.*, 497 U.S. 1, 18-19 (1990) ("Even if the speaker states the facts upon which he bases his opinion, if those facts are either incorrect or incomplete, or if his assessment of them is erroneous, the statement may still imply a false assertion of fact. ***Simply couching such statements in terms of opinion does not dispel these implications***.") (emphasis added); *see also Eastern Air Lines, Inc. v. Gellert*, 438 So. 2d 923, 927 (Fla. 3d DCA 1983) ("***[A] statement that although ostensibly in the form of an opinion 'implies the allegation of undisclosed defamatory facts as the basis for the opinion' is actionable***.") (emphasis added). Similar defamation lawsuits recently brought by President Trump have withstood and overcome motions to dismiss and are continuing to be actively litigated.

Accordingly, given the obviously unlawful conduct that you have repeatedly engaged in, you have created an untenable situation that must be addressed immediately. Namely, President Trump hereby demands that you: (1) ***cease and desist*** any and all conduct aimed at disrupting and harming his professional reputation, including the planned publishing of the Book; (2) immediately issue a full and fair retraction of the statements made in the Article, and any and all other false, defamatory, and/or misleading statements about President Trump in as conspicuous a manner as they were originally published; and (3) immediately issue an apology for the false, defamatory, and/or misleading statements about President Trump.

Moreover, please allow this letter to serve as notice to you, to your affiliated entities, to your employees, and any other person acting on behalf of or in concert with you to preserve any and all evidence related in any way to the abovementioned statements you made and any other statements that you have published or plan to publish regarding President Trump. By way of this letter, you are hereby directed not to destroy, conceal, or alter any paper or electronic files, physical evidence, and/or other data relating in any way, no matter how remote, to your false accusations against President Trump, and/or the circumstances leading to their dissemination, including, but not limited to: (1) all communications between you and any third party in any way related to your wrongful accusations against President Trump in the Article; (2) all sources for your false accusations against President Trump in the Article; (3) any and all documents referring to, reflecting, or relating to communications between you and any such third-parties or sources regarding your false accusations against President Trump in the Article; (4) any and all documents in any way related to your false accusations against President Trump in the Article; and (5) any



and all other communications related to any current or planned publications by you regarding President Trump.

      I understand that many records and files are maintained electronically. However, this letter specifically requests that all paper and hard copy originals be maintained and preserved in their original format. By the same token, electronic documents and the storage media on which they reside may contain relevant, discoverable information beyond that which may be found in printed documents. Therefore, even where a paper copy exists and has been preserved, please preserve and maintain all electronically stored documents in their original native format, including all metadata. This preservation demand specifically encompasses any and all electronic documents, including but not limited to, all word-processed files, e-mails, spreadsheets, all databases, log files, and any other electronically stored and/or generated documents or files.

      Should the above-referenced conduct not be addressed immediately, President Trump will be left with no alternative but to enforce his legal and equitable rights, all of which are expressly reserved and are not waived.

      PLEASE GOVERN YOURSELVES ACCORDINGLY.

      Very truly yours,

      /s/
      ALEJANDRO BRITO