

**Alejandro Brito**
Email: abrito@britopllc.com
Phone: (305) 614.4071
Address: 2121 Ponce de Leon. Suite 650
Coral Gables, FL 33134
www.britopllc.com

October 1, 2024

David E. McCraw, Esq.
Senior Vice President & Deputy General Counsel
The New York Times Company
620 Eighth Avenue
New York, New York 10018
mccrad@nytimes.com

Re:   False and Defamatory Statements About President Donald J. Trump

Dear Mr. McCraw:

We are in receipt of your letter dated September 19, 2024.

In your letter, the New York Times ("NYT") relies upon the defense of opinion, but otherwise fails to address the concerns we raised in our notice letter dated September 15, 2024 concerning the defamatory article published by NYT, which sets forth a series of false, malicious, and highly disparaging claims regarding President Trump, his family, his employees, his properties, his investments, his career in the entertainment industry, his intelligence, his relationship with his father and his wife, as well as other inflammatory statements that are not protected from litigation.

We reiterate that just because NYT elects to publish false statements geared toward achieving a political end, and just because NYT has made plain its attempts to distort the record, including couching its smears in internally-contradictory attacks that reveal both malice and knowledge of falsity, NYT does not have a license to defame President Trump by calling its fantasist, revisionist falsity "mere opinion."

We, of course, would be happy to receive from you any facts or evidence that NYT may have to support some —or all—of the serious and inaccurate assertions made in the article. In any event, and to provide further notice to you as required by Florida law, we demand correction and retraction of the following false claims in the article (and we do so without waiving President Trump's legal rights including to pursue an action for defamation):

- False claim that President Trump squandered (lost) all of his inheritance and then "would earn" it back only from "licensing and endorsement deals" that amounted to a "lucky windfall ... requiring no business expertise," such that his reputation as a billionaire from his own efforts was "concocted" and his business endeavors not "legitimate"

- False claim that President Trump spent his life "deriding his father as a small-timer."

EXHIBIT F



Alejandro Brito
Email: abrito@britopllc.com
Phone: (305) 614.4071
Address: 2121 Ponce de Leon. Suite 650
Coral Gables, FL 33134
www.britopllc.com

- False claim that President Trump lacked substantial, marketable popularity and celebrity status prior to his No. 1-rated television show.

- False claim that President Trump had forced family members to take a building-sale action that betrayed his father.

- False claim that President Trump had no business documents on his desk and showed no sign of work in his office.

- False claim that President Trump was not viewed by the public as wealthy or intelligent, when even the defamatory article implicitly concedes that his 98% name recognition and charisma was the reason for his selection as the star of a television show that remains historically iconic.

- False claim that President Trump was "discovered" by a television producer, falsely contradicting the fact of President Trump's universal name recognition and resulting appearance on scores of television programs and major motion pictures, most of which celebrated his celebrity, business achievements, and wealth.

- False claim that President Trump's occasional disagreements with producers on the show led them to believe he made poor decisions, though the opposite was true.

The animus reflected in the defamatory article is also seen in its attempt to somehow erase the actual record of Donald Trump's life, career, and immense success prior to his accomplishments in the political world beginning in 2015. As an appendix to this letter, we list, without limitation, just a few of the matters that were intentionally omitted as part of the article's effort to mislead regarding those achievements and their chronology.

We look forward to receiving the requested correction and retraction.

Thank you.

Very truly yours,

ALEJANDRO BRITO

## APPENDIX (pre-The Apprentice)

### Business and Industry

| Year | Item |
|---|---|
| 1980 | Grand Hyatt Hotel, New York City |
| 1982 | Forbes list, Wealthy People |
| 1983 | Trump Tower, New York City |
| 1983 | USFL Football League (Team Owner) |
| 1984 | Trump Plaza and Casino, Atlantic City |
| 1985 | Trump Castle, Atlantic City |
| 1985 | Mar-a-Lago, Palm Beach |
| 1986 | Trump Parc, NYC |
| 1988 | Plaza Hotel, NYC |
| 1990 | Trump Taj Mahal, Atlantic City |
| 1995 | 40 Wall Street, NYC |
| 1996 | Miss Universe Organization, Miss USA, and Miss Teen USA (1996–2015) |
| 1996 | Trump National, Westchester |
| 1997 | Trump International Hotel and Tower |
| 1999 | Trump International Golf Club, |
| 2001 | Trump World Tower |
| 2002 | Trump National Golf Club, Ranchos Palos Verdes |
| 2002 | Trump National Golf Club, Bedminster |

### Books - Best Selling

| Year | Title |
|---|---|
| 1987 | Trump: The Art of the Deal |
| 1990 | Surviving at the Top |
| 1997 | The Art of the Comeback |
| 2003 | How to Get Rich |
| 2000 | The America We Deserve |

### Movies and Television Appearances

| Year | Title |
|---|---|
| 1989 | WrestleMania V |
| 1989 | Ghosts Can't Do It |
| 1992 | All My Children |
| 1992 | Lady Boss |
| 1992 | Home Alone 2 |
| 1993 | Fallen Champ: The Untold Story of Mike Tyson |
| 1994 | Fresh Prince of Bel Air |
| 1994 | The Little Rascals |
| 1995 | Across the Sea of Time |
| 1996 | Eddie |
| 1996 | The Nanny |
| 1996 | The Associate |
| 1997 | The Drew Carey Show |
| 1997 | NightMan |
| 1998 | Spin city |
| 1998 | 54 |
| 1998 | Celebrity |
| 1999 | Sex In The City |
| 2001 | Miss Universe 2001 |
| 2001 | The Job |
| 2001 | Zoolander |
| 2002 | Donald Trumps Real Estate Tycoon! (video game) |
| 2002 | Two Weeks Notice |
| 2002 | Miss USA 2002 |
| 2002 | Miss Universe Pageant |
| 2003 | Ali G Show |

Multiple interview appearances

## APPENDIX (from 2004-present)

### Business and Industry

- 2004 Trump National Golf Club, Charlotte
- 2005 Trump International Hotel, Las Vegas
- 2006 Trump National Golf Club, Philadelphia
- 2007 Trump International Hotel and Tower, Chicago
- 2007 Trump International Golf Club, Puerto Rico
- 2008 Trump National Golf Club, N.J.
- 2009 Trump National Golf Club, D.C.
- 2010 Trump International Golf Links, Scotland
- 2012 Trump National Golf Club, Doral
- 2012 Trump National Golf Club, Jupiter
- 2012 Trump National Golf Club, Charlotte
- 2014 Trump Turnberry, Scotland
- 2014 Trump International Golf Links, Doonbeg, Ireland
- 2015 Trump Links at Ferry Point, Bronx
- 2016 Elected as the 45th President of the United States
- 2017 Trump International Hotel, D.C.
- 2017 Trump International Golf Club, Dubai
- 2021 Truth Social

### Books - Best Selling

- 2004 How to Get Rich
- 2004 Think Like a Billionaire
- 2005 The Best Golf Advice I Ever Received
- 2006 Why We Want You to Be Rich
- 2006 – Trump 101: The Way to Success
- 2007 The Best Real Estate Advice I Ever Received
- 2007 Think Big and Kick Ass in Business and Life
- 2015 Crippled America (Great Again)
- 2015 Time to Get Tough: Make America Great Again!
- 2016 Great Again: How to Fix Our Crippled America
- 2021 Our Journey Together
- 2022 The Greatest Speeches of Donald J. Trump
- 2023 Letters to Trump
- 2024 Save America

### Movies and Television Appearances

- 2004–2015 The Apprentice and Celebrity Apprentice
- 2004 Marlamade
- 2005 Days of Our Lives
- 2007 WWE
- 2010 WWE
- 2010, 2016 Hosted Saturday Night Live
- 2011 Horrorween
- 2013 Emin: In Another Life (Music Video)
- Multiple interview appearances