UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company, <br><br> Defendants. | Case No. <br> 8:25-cv-02487-SDM-NHA |

## NOTICE OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), notice is hereby given that Alejandro Brito, Esq. of the law firm of Brito, PLLC will serve as Lead Counsel for Plaintiff Donald J. Trump.

Dated: October 30, 2025

Respectfully submitted,

*/s/Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134

Tel: 305-614-4071
Fax: 305-440-4385
abrito@britopllc.com
apiriou@britopllc.com

*/s/Edward Andrew Paltzik*
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice* admitted)

*/s/Daniel Zachary Epstein*
Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 202-240-2398
dan@epsteinco.co
(*pro hac vice* admitted)

*Counsel to Plaintiff*
*President Donald J. Trump*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2025 a true and correct copy of the foregoing has been furnished by email to all counsel of record via Florida e-portal electronic filing system.

Thomas G. Hentoff
Williams & Connolly, LLP
680 Maine Ave SW
Washington, DC 20024
thentoff@wc.com
*Counsel for The New York Times Company and Peter Baker*

Elizabeth A. McNamara
Davis Wright Tremaine LLP
1251 Avenue of the Americas,
21st Floor
New York, NY 10020
lizmcnamara@dwt.com
*Counsel for Penguin Random House, LLC,*
*Susanne Craig, Russ Buettner*

/s/Alejandro Brito