## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company, <br><br> Defendants. | Case No. 8:25-cv-2487-SDM-NHA |

### NOTICE OF APPEARANCE OF WILLIAM J. SCHIFINO, JR.

The undersigned attorney, William J. Schifino, Jr., of Gunster, Yoakley & Stewart, P.A., files this Notice of Appearance as counsel for Defendants, PENGUIN RANDOM HOUSE LLC, SUSANNE CRAIG, and RUSS BUETTNER, in the above-styled cause and requests that copies of all future papers and pleadings filed or served in this matter be served upon the following:

**WILLIAM J. SCHIFINO, JR., ESQ.**
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Primary e-mail: wschifino@gunster.com
Secondary e-mail: cwarder@gunster.com

Dated: November 24, 2025

/s/ *William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar No. 0564338
Justin P. Bennett, Esq.
Florida Bar No. 112833
Gregory L. Pierson, Esq.
Florida Bar No. 0123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Primary email: wschifino@gunster.com
Primary email: jbennett@gunster.com
Primary email: gpierson@gunster.com
Secondary email: cwarder@gunster.com

George S. LeMieux, Esq.
Florida Bar No. 16403
Eric C. Edison, Esq.
Florida Bar No. 10379
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000
Facsimile: (954) 523-1722
glemieux@gunster.com
eedison@gunster.com

Elizabeth A. McNamara, Esq.* (lead counsel)
John M. Browning, Esq.*
Alexandra Perloff-Giles, Esq.*
Alexandra M. Settelmayer, Esq.*
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com

2

jackbrowning@dwt.com
alexandraperloffgiles@dwt.com
alexandrasettelmayer@dwt.com

*motion for special admission forthcoming

***Attorneys for Defendants Penguin Random House LLC, Susanne Craig, and Russ Buettner***

## CERTIFICATE OF SERVICE

I certify that on November 24, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr.