UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company,<br><br>Defendants. | Case No. 8:25-cv-2487-SDM-NHA |

**DEFENDANT PENGUIN RANDOM HOUSE LLC'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

## Recusal Information

1. **If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.**

   Although it is a limited liability company and not a corporation, Penguin Random House LLC discloses that no member or parent corporation is a publicly

traded company. Penguin Random House LLC's members are PRH Publications LLC and PRH Holdings LLC, which are both privately held companies. PRH Publications LLC's members are Bertelsmann Publishing Group, Inc. and PRH Holdings LLC, which are both privately held companies. PRH Holdings LLC's member is Bertelsmann Publishing Group, Inc., a privately held company. Bertelsmann Publishing Group, Inc.'s parent corporation is Bertelsmann, Inc., a privately held company. Bertelsmann, Inc.'s parent corporation is Bertelsmann SE & Co. KGaA, a privately held company.

No publicly held corporation owns ten percent of more of Penguin Random House LLC's stock.

2. **Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.**

There are no other entities or natural persons with an interest the action's outcome might substantially affect.

3. **Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.**

At this time, Penguin Random House LLC is not aware of any lawyer who has served in the action for it, who is financially interested in the action, or who might appear as a material witness in the action.

4. **If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.**

This is not a bankruptcy appeal.

5. **Identify any entity or natural person not already disclosed and likely to actively participate in this action.**

At this time, Penguin Random House LLC is unable to identify any additional entities or natural persons that are likely to actively participate in this action. To the extent this question calls for the disclosure of third-party witnesses, Penguin Random House LLC has not yet identified any, but will make all necessary disclosures at the appropriate time.

6. **Identify any conflict of interest affecting the district judge or the magistrate judge in this action.**

Penguin Random House LLC is not aware of any conflict of interest that would affect Senior District Judge Steven Merryday or Magistrate Judge Natalie Hirt Adams in this action.

## Citizenship Information

> If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.
>
> If the filer is a **corporation**, the filer must identify its place of incorporation and its principal place of business.
>
> If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.
>
> If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify the filer's state of incorporation, the filer's principal place of business, and the insured's citizenship.
>
> If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.
>
> If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

7. **If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.**

Penguin Random House LLC's sole members are PRH Publications LLC and PRH Holdings LLC. PRH Publications LLC is a limited liability company whose sole members are Bertelsmann Publishing Group, Inc. and PRH Holdings LLC. PRH Holdings LLC is a limited liability company whose sole member is Bertelsmann Publishing Group, Inc.

Penguin Random House LLC, PRH Publications LLC, PRH Holdings LLC, and Bertelsmann Publishing Group, Inc.'s place of incorporation is Delaware. Penguin Random House LLC, PRH Publications LLC, PRH Holdings LLC, and Bertelsmann Publishing Group, Inc. all maintain their principal place of business at 1745 Broadway, New York, New York 10019. Penguin Random House LLC is, therefore, a citizen of Delaware and New York.

8. **If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.**

This is not a class action.

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Date: November 24, 2025

/s/ William J. Schifino, Jr.
William J. Schifino, Jr., Esq.
Florida Bar No. 564338
Justin P. Bennett, Esq.
Florida Bar No. 112833
Gregory L. Pierson, Esq.
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
wschifino@gunster.com
jbennett@gunster.com
gpierson@gunster.com

George S. LeMieux, Esq.
Florida Bar No. 16403
Eric C. Edison, Esq.
Florida Bar No. 10379
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000
Facsimile: (954) 523-1722
glemieux@gunster.com
eedison@gunster.com

Elizabeth A. McNamara, Esq.* (lead counsel)
John M. Browning, Esq.*
Alexandra Perloff-Giles, Esq.*
Alexandra M. Settelmayer, Esq.*
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
jackbrowning@dwt.com

alexandraperloffgiles@dwt.com<br>
alexandrasettelmayer@dwt.com

\*motion for special admission forthcoming

***Attorneys for Defendants Penguin Random House LLC, Susanne Craig and Russ Buettner***

## CERTIFICATE OF SERVICE

I certify that on November 24, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ William J. Schifino, Jr.</u><br>
William J. Schifino, Jr