# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company, <br><br> Defendants. | Case No. 8:25-cv-2487-SDM-NHA |

## NOTICE OF LEAD COUNSEL DESIGNATION

In accordance with Local Rule 2.02(a), Defendants Penguin Random House LLC, Susanne Craig, and Russ Buettner designate Elizabeth A. McNamara, Esq., as lead counsel for them in this action.

Dated: November 24, 2025

/s/ *William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar No. 0564338
Justin P. Bennett, Esq.
Florida Bar No. 112833
Gregory L. Pierson, Esq.
Florida Bar No. 0123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500

Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Primary email: wschifino@gunster.com
Primary email: jbennett@gunster.com
Primary email: gpierson@gunster.com
Secondary email: cwarder@gunster.com

George S. LeMieux, Esq.
Florida Bar No. 16403
Eric C. Edison, Esq.
Florida Bar No. 10379
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000
Facsimile: (954) 523-1722
glemieux@gunster.com
eedison@gunster.com

Elizabeth A. McNamara, Esq.* (lead counsel)
John M. Browning, Esq.*
Alexandra Perloff-Giles, Esq.*
Alexandra M. Settelmayer, Esq.*
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
jackbrowning@dwt.com
alexandraperloffgiles@dwt.com
alexandrasettelmayer@dwt.com

*motion for special admission forthcoming

***Attorneys for Defendants Penguin Random House LLC, Susanne Craig, and Russ Buettner***

2

## CERTIFICATE OF SERVICE

I certify that on November 24, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF, which will send a notice of electronic filing to the parties of record.

<em><u>/s/ William J. Schifino, Jr.</u></em><br>
William J. Schifino, Jr.