**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PRESIDENT DONALD J. TRUMP,
an individual,

               Plaintiff,

     v.

NEW YORK TIMES COMPANY,
a New York corporation, SUSANNE
CRAIG, an individual, RUSS
BUETTNER, an individual,
PETER BAKER, an individual,
and PENGUIN RANDOM HOUSE
LLC, a Delaware company,

               Defendants.

Case No. 8:25-cv-2487-SDM-NHA

## UNOPPOSED MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE COUNSEL ELIZABETH A. McNAMARA

1.     Elizabeth A. McNamara, Esquire, moves for special admission under Rule 2.01 of the Local Rules for the United States District Court for the Middle District of Florida to represent Defendants Penguin Random House LLC, Susanne Craig, and Russ Buettner in this action.

2.     I am neither a Florida resident nor a member in good standing of The Florida Bar.  I reside in New York and my business address is:

Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230

1

Email: lizmcnamara@dwt.com

3.      I graduated from University of Wisconsin with my undergraduate degree in 1975, and from the University of North Carolina with my Juris Doctor degree in 1981.

4.      I am a member in good standing of a bar of the United States District Court; specifically, the United States District Courts for the Southern District of New York, Eastern District of New York, Western District of New York, and the Eastern District of Michigan.

5.      I am a member in good standing of the Bar of the State of New York.

6.      I am not currently suspended by any court and have not been disbarred by any court.  There are no pending grievances or criminal matters against me.

7.      I have not abused the privilege of special admission by maintaining a regular practice of law in Florida.  During the last the last 36 months, I have initially appeared in three cases in federal court in Florida: *Nunes v. Cable News Network, Inc., et al.*, 8:22-CV-02659-SCB-AEP (M.D. Fla.) (appearance date 1/18/2023); *Trump v. Simon & Schuster et al.*, 3:23-cv-02333-MCR-ZCB (N.D. Fla.) (appearance date 3/23/2023); and *Trump v. American Broadcasting Companies, Inc. et al.*, 1:24-cv-21050-CMA (S.D. Fla.) (appearance date 3/27/2024).  During the last 36 months, I have not appeared in any cases in state court in Florida.

8.      I designate William J. Schifino, Jr., of the law firm Gunster, Yoakley & Stewart, P.A., 401 East Jackson Street, Suite 1500, Tampa, FL 33602, a member of

the Bar of this Court residing in Florida who serves as co-counsel in this action, to file

this motion on my behalf.

9.      I will comply with the federal rules and this Court's local rules.

10.     I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in
> any court of the United States or any Territory thereof who
> so multiplies the proceedings in any case unreasonably and
> vexatiously may be required by the court to satisfy
> personally the excess costs, expenses, and attorneys' fees
> reasonably incurred because of such conduct.

11.     I have paid the fee for special admission or will pay the fee for special

admission.

12.     I will register with the Court's CM/ECF system.

13.     I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear
> true faith and allegiance to the government of the United
> States. I will maintain the respect due to the courts of justice
> and all judicial officers. I will well and faithfully discharge my
> duties as an attorney and officer of this Court. I will conduct
> myself uprightly and according to the law and the recognized
> standards of ethics of the legal profession.

Dated: November 24, 2025

Respectfully Submitted,

By: */s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
Email: lizmcnamara@dwt.com

3

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that counsel for Defendants Penguin Random House LLC, Susanne Craig, and Russ Buettner has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose the relief requested in this motion.

Date:  November 24, 2025

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar No. 564338
Justin P. Bennett, Esq.
Florida Bar No. 112833
Gregory L. Pierson, Esq.
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
wschifino@gunster.com
jbennett@gunster.com
gpierson@gunster.com

George S. LeMieux, Esq.
Florida Bar No. 16403
Eric C. Edison, Esq.
Florida Bar No. 10379
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000
Facsimile: (954) 523-1722
glemieux@gunster.com
eedison@gunster.com

4

Elizabeth A. McNamara, Esq.* (lead counsel)
John M. Browning, Esq.*
Alexandra Perloff-Giles, Esq.*
Alexandra M. Settelmayer, Esq.*
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
jackbrowning@dwt.com
alexandraperloffgiles@dwt.com
alexandrasettelmayer@dwt.com

*motion for special admission filed herewith

*Attorneys for Defendants Penguin Random House LLC, Susanne Craig and Russ Buettner*

### CERTIFICATE OF SERVICE

I certify that on November 24, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr