# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,
an individual,

    Plaintiff,

vs.

                      Case No: 8:25-cv-02487-SDM-NHA

NEW YORK TIMES COMPANY,
a New York corporation, SUSANNE
CRAIG, an individual, RUSS
BUETTNER, an individual,
PETER BAKER, an individual,
and PENGUIN RANDOM HOUSE
LLC, a Delaware company,

    Defendants.

---

## NOTICE OF APPEARANCES

Carol Jean LoCicero, James J. McGuire, and Linda R. Norbut of Thomas & LoCicero PL hereby enter their notice of appearances as counsel for the Defendants New York Times Company, Susanne Craig, Russ Buettner, and Peter Baker.

The undersigned requests that all further notices, pleadings and correspondence relative to the above-styled cause be served upon them at the address and email addresses listed below.

Dated this 24th day of November, 2025.

Respectfully submitted,

THOMAS & LoCICERO PL

*/s/Carol Jean LoCicero*
Carol Jean LoCicero (FBN 603030)
James J. McGuire (FBN 187798)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
jmcguire@tlolawfirm.com
lnorbut@tlolawfirm.com

-and-

WILLIAMS & CONNOLLY LLP

Thomas G. Hentoff*
Nicholas G. Gamse*
Kimberly Broecker*
680 Main Avenue S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
thentoff@wc.com
ngamse@wc.com
kbroecker@wc.com
*Motions for Special Admission forthcoming*

*Counsel for New York Times Company, Susanne Craig, Russ Buettner, and Peter Baker*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **24th** day of **November 2025**, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system to all counsel of record

                                         */s/ Carol Jean LoCicero*
                                         Carol Jean LoCicero

                                         *Counsel for New York Times Company, Susanne Craig, Russ Buettner, and Peter Baker*