IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,
an individual,

    Plaintiff,

vs.

Case No: 8:25-cv-02487-SDM-NHA

NEW YORK TIMES COMPANY,
a New York corporation, SUSANNE
CRAIG, an individual, RUSS
BUETTNER, an individual,
PETER BAKER, an individual,
and PENGUIN RANDOM HOUSE
LLC, a Delaware company,

    Defendants.

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Thomas G. Hentoff, Esquire, moves for special admission to represent Defendants New York Times Company, Susanne Craig, Russ Buettner, and Peter Baker, in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the United States District

Court for the Northern District of New York, and the United States District Court for the Northern District of Illinois.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

>Case Name: *Foster v. WP Company LLC, d/b/a The Washington Post*
>Case Number: 25000920CA
>Court: Circuit Court for the Twentieth Judicial Circuit in and for Charlotte County, Florida, Civil Division
>
>Case Name: *Trump Media & Technology Group Corp. v. WP Company LLC*
>Case Number: 8:23cv01535-TPB-AAS
>Cout: United States District Court for the Middle District of Florida, Tampa Division
>
>Case Name: *Trump v. Simon & Schuster, Inc., et al.*
>Case Number: 3:23cv2333-MCR-ZCB
>Court: United States District Court for the Northern District of Florida, Pensacola Division

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

>Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WILLIAMS & CONNOLLY LLP

/s/ *Thomas G. Hentoff*
Thomas G. Hentoff
680 Maine Avenue S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
thentoff@wc.com

## **Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

/s/ *Thomas G. Hentoff*
Thomas G. Hentoff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **24th** day of **November 2025**, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system to all counsel of record.

                THOMAS & LoCICERO PL

*Carol Jean LoCicero*
Carol Jean LoCicero (FBN 603030)
James J. McGuire (FBN 187798)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
jmcguire@tlolawfirm.com
lnorbut@tlolawfirm.com

*Counsel for New York Times Company, Susanne Craig, Russ Buettner, and Peter Baker*