# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,
an individual,

    Plaintiff,

vs.

Case No: 8:25-cv-02487-SDM-NHA

NEW YORK TIMES COMPANY,
a New York corporation, SUSANNE
CRAIG, an individual, RUSS
BUETTNER, an individual,
PETER BAKER, an individual,
and PENGUIN RANDOM HOUSE
LLC, a Delaware company,

    Defendants.

## NOTICE OF LEAD COUNSEL DESIGNATION

In accordance with Local Rule 2.02(a), Defendants New York Times Company, Susanne Craig, Russ Buettner, and Peter Baker designate Thomas G. Hentoff of Williams & Connolly LLP as lead counsel for them in this action.

Dated this 24th day of November, 2025.

                                                           THOMAS & LoCICERO PL

                                                           */s/Carol Jean LoCicero*
                                                           Carol Jean LoCicero (FBN 603030)
                                                           James J. McGuire (FBN 187798)
                                                           Linda R. Norbut (FBN 1011401)
                                                           601 South Boulevard

Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
jmcguire@tlolawfirm.com
lnorbut@tlolawfirm.com

-and-

WILLIAMS & CONNOLLY LLP

Thomas G. Hentoff*
Nicholas G. Gamse*
Kimberly Broecker*
680 Main Avenue S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
thentoff@wc.com
ngamse@wc.com
creid@wc.com
kbroecker@wc.com
*Motions for Special Admission forthcoming

*Counsel for New York Times Company, Susanne Craig, Russ Buettner, and Peter Baker*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **24th** day of **November 2025**, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system to all counsel of record.

*/s/ Carol Jean LoCicero*

2

Carol Jean LoCicero

*Counsel for New York Times Company, Susanne Craig, Russ Buettner, and Peter Baker*