## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,
an individual,

                Plaintiff,

    v.                               Case No. 8:25-cv-2487-SDM-NHA

NEW YORK TIMES COMPANY,
a New York corporation, SUSANNE
CRAIG, an individual, RUSS
BUETTNER, an individual,
PETER BAKER, an individual,
and PENGUIN RANDOM HOUSE
LLC, a Delaware company,

                Defendants.

## <u>NOTICE OF APPEARANCE OF ERIC C. EDISON</u>

The undersigned attorney, Eric C. Edison of Gunster, Yoakley & Stewart, P.A.,
files this Notice of Appearance as counsel for Defendants, PENGUIN RANDOM
HOUSE LLC, SUSANNE CRAIG, and RUSS BUETTNER, in the above-styled
cause and requests that copies of all future papers and pleadings filed or served in this
matter be served upon the following:

**ERIC C. EDISON, ESQ.**
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone:  (954) 462-2000
Primary e-mail: eedison@gunster.com
Secondary e-mail: dpeterson@gunster.com

Dated:  November 25, 2025

/s/ Eric C. Edison
George S. LeMieux, Esq.
Florida Bar No. 16403
Eric C. Edison, Esq.
Florida Bar No. 10379
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000
Facsimile: (954) 523-1722
Primary email: glemieux@gunster.com
Primary email: eedison@gunster.com
Secondary email: mzayas@gunster.com
Secondary email: dpeterson@gunster.com

William J. Schifino, Jr., Esq.
Florida Bar No. 0564338
Justin P. Bennett, Esq.
Florida Bar No. 112833
Gregory L. Pierson, Esq.
Florida Bar No. 0123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Primary email: wschifino@gunster.com
Primary email: jbennett@gunster.com
Primary email: gpierson@gunster.com
Secondary email: cwarder@gunster.com

Elizabeth A. McNamara, Esq.* (lead counsel)
John M. Browning, Esq.*
Alexandra Perloff-Giles, Esq.*
Alexandra M. Settelmayer, Esq.*
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas

2

New York, New York 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
jackbrowning@dwt.com
alexandraperloffgiles@dwt.com
alexandrasettelmayer@dwt.com

*granted special admission

***Attorneys for Defendants Penguin Random
House LLC, Susanne Craig, and Russ Buettner***

## CERTIFICATE OF SERVICE

I certify that on November 25, 2025, a true and correct copy of the foregoing

was filed with the Court via CM/ECF which will send a notice of electronic filing to

the parties of record.

*/s/ Eric C. Edison*
Eric C. Edison, Esq.

3