## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company,<br><br>    Defendants. | Case No. 8:25-cv-2487-SDM-NHA |

### NOTICE OF APPEARANCE OF GEORGE S. LEMIEUX

The undersigned attorney, George S. LeMieux of Gunster, Yoakley & Stewart, P.A., files this Notice of Appearance as counsel for Defendants, PENGUIN RANDOM HOUSE LLC, SUSANNE CRAIG, and RUSS BUETTNER, in the above-styled cause and requests that copies of all future papers and pleadings filed or served in this matter be served upon the following:

**GEORGE S. LEMIEUX, ESQ.**
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000
Primary e-mail: glemieux@gunster.com
Secondary e-mail: mzayas@gunster.com

Dated: November 25, 2025

/s/ *George S. LeMieux*
George S. LeMieux, Esq.
Florida Bar No. 16403
Eric C. Edison, Esq.
Florida Bar No. 10379
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000
Facsimile: (954) 523-1722
Primary email: glemieux@gunster.com
Primary email: eedison@gunster.com
Secondary email: mzayas@gunster.com
Secondary email: dpeterson@gunster.com

William J. Schifino, Jr., Esq.
Florida Bar No. 0564338
Justin P. Bennett, Esq.
Florida Bar No. 112833
Gregory L. Pierson, Esq.
Florida Bar No. 0123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Primary email: wschifino@gunster.com
Primary email: jbennett@gunster.com
Primary email: gpierson@gunster.com
Secondary email: cwarder@gunster.com

Elizabeth A. McNamara, Esq.* (lead counsel)
John M. Browning, Esq.*
Alexandra Perloff-Giles, Esq.*
Alexandra M. Settelmayer, Esq.*
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas

2

       New York, New York 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
jackbrowning@dwt.com
alexandraperloffgiles@dwt.com
alexandrasettelmayer@dwt.com

*motion for special admission pending

***Attorneys for Defendants Penguin Random House LLC, Susanne Craig, and Russ Buettner***

<b><u>CERTIFICATE OF SERVICE</u></b>

I certify that on November 25, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

       */s/ George S. LeMieux*
George S. LeMieux, Esq.