UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRESIDENT DONALD J. TRUMP, an individual

          Plaintiff,

v.

NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company,

          Defendants.

Case No. 8:25-cv-02487-SDM-NHA

**DEFENDANTS SUSANNE CRAIG, RUSS BUETTNER, AND PENGUIN RANDOM HOUSE'S UNOPPOSED MOTION FOR LEAVE TO CONVENTIONALLY FILE EXHIBITS & SUPPORTING MEMORANDUM**

    Defendants Susanne Craig, Russ Buettner, and Penguin Random House LLC ("PRH," and, together with Craig and Buettner, the "PRH Defendants") hereby seek leave to file conventionally, by delivery to the Court's chambers, hard copies of the book at issue in this defamation action and a USB flash drive containing a searchable PDF in support of the forthcoming joint motions to dismiss. In support thereof, the PRH Defendants state as follows:

    1.    In this action, Plaintiff Donald J. Trump asserts claims of defamation *per se* and defamation *per quod* against the PRH Defendants arising out of the book *Lucky*

*Loser: How Donald Trump Squandered His Father's Fortune and Created the Illusion of Success* ("*Lucky Loser*"), written by Craig and Buettner and published by PRH, as well as claims against Buettner, Craig, and the New York Times Company ("The Times") relating to an article adapted from *Lucky Loser* and claims against The Times and Peter Baker relating to a second article.

2.President Trump's defamation claims arising out of *Lucky Loser* challenge 22 statements from the book. ECF No. 9 ¶¶ 20(a)-(v). Throughout his amended complaint, President Trump extensively discusses *Lucky Loser* and the statements therein. *See, e.g., id.* ¶¶ 1(b), 20(a)-(v), 46 & n.4, 56, 64, 79-81, 85-87. *Lucky Loser* is essential to President Trump's claims and has been incorporated by reference into his amended complaint. *See, e.g., Hoffman-Pugh v. Ramsey*, 312 F.3d 1222, 1225 (11th Cir. 2002) ("The 'publication' at issue here is the entire book, which was properly before the court on the motion to dismiss because [plaintiff] referred to it in her complaint and it is central to her claims.").

3.In support of the forthcoming joint motions to dismiss or transfer on the basis of improper venue and to dismiss for failure to state a claim, the PRH Defendants seek to attach as exhibits (1) hard copies of *Lucky Loser* and (2) a USB flash drive of *Lucky Loser*. Hard copies of the book cannot be electronically filed via the Court's CM/ECF system. And filing a PDF version of *Lucky Loser* electronically on the Court's public docket would invite piracy of the book. In other actions presenting the same logistical issues, courts have granted book-publisher defendants leave to submit hard copies and searchable PDFs directly to chambers in this manner. *See, e.g., Trump v.*

*Simon & Schuster*, Case No. 3:23-cv-02333-MCR-ZCB (N.D. Fla.), ECF Nos. 25 & 30 (granting leave to submit hard copy and PDF version of book directly to chambers).

  4. Given the nature of the exhibits, the CM/ECF procedures, and Federal Rule of Civil Procedure 5(d)(2), the PRH Defendants seek leave to conventionally file hard copies of *Lucky Loser,* together with a USB flash drive containing a PDF version of *Lucky Loser*, and by transmitting them directly to the Court's chambers pursuant to Federal Rule of Civil Procedure 5(d)(2)(B).

  5. If this motion is granted, the PRH Defendants will also serve courtesy copies of these exhibits on Plaintiff's counsel.

  WHEREFORE, the PRH Defendants request that the Court grant leave to conventionally file hard copies of *Lucky Loser* and a USB flash drive containing a PDF version of the book in support of the forthcoming joint motions to dismiss for improper venue and failure to state a claim.

Respectfully submitted,

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr.
Florida Bar No. 564338
Justin P. Bennett
Florida Bar No. 112833
Gregory L. Pierson
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
wschifino@gunster.com
jbennett@gunster.com
gpierson@gunster.com

George S. LeMieux
Florida Bar No. 10379
Eric C. Edison
Florida Bar No. 10379
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (561) 650-0577
Facsimile: (561) 655-5677
eedison@gunster.com

Elizabeth A. McNamara (*pro hac vice*)
John M. Browning (*pro hac vice*)
Alexandra Perloff-Giles (*pro hac vice*)
Alexandra Sesttelmayer (*pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1251 Ave. of the Americas, Fl. 21
New York, NY 10020
Tel: (212) 489-8230
lizmcnamara@dwt.com
jackbrowning@dwt.com
alexandraperloffgiles@dwt.com
alexandrasettelmayer@dwt.com

*Attorneys for Defendants Penguin Random House LLC, Susanne Craig, and Russ Buettner*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that counsel for the PRH Defendants conferred with Plaintiff's counsel, who advised that Plaintiff has "no objection to the request to file a physical book and PDF."

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr.

4