# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company,<br><br>Defendants. | Case No.<br>8:25-cv-02487-SDM-NHA |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 3.01(i), Defendants New York Times Company, Susanne Craig, Russ Buettner, Peter Baker, and Penguin Random House LLC respectfully request oral argument on their Motion to Dismiss or, in the Alternative, to Transfer for Improper Venue (Doc. 43). Defendants estimate that a total of one hour will be required for argument, with 30 minutes per side.

Dated: December 15, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Carol Jean LoCicero* | */s/ William J. Schifino, Jr.* |
| Carol Jean LoCicero, Esq. | William J. Schifino, Jr., Esq. |
| Florida Bar No. 603030 | Florida Bar No. 564338 |
| Linda Norbut, Esq. | Justin P. Bennett, Esq. |
| Florida Bar No. 1011401 | Florida Bar No. 112833 |

**THOMAS & LOCICERO**
601 S. Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

Thomas G. Hentoff, Esq.* (lead counsel)
Nicholas G. Gamse, Esq.*
Kimberly Broecker, Esq.*
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5804
thentoff@wc.com
ngamse@wc.com
kbroecker@wc.com

*Admitted *pro hac vice*

*Attorneys for Defendants New York Times Company, Peter Baker, Susanne Craig, and Russ Buettner*

Gregory L. Pierson, Esq.
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
wschifino@gunster.com
jbennett@gunster.com
gpierson@gunster.com

George S. LeMieux, Esq.
Florida Bar No. 16403
Eric C. Edison, Esq.
Florida Bar No. 10379
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000
Facsimile: (954) 523-1722
glemieux@gunster.com
eedison@gunster.com

Elizabeth A. McNamara, Esq.* (lead counsel)
John M. Browning, Esq.*
Alexandra Perloff-Giles, Esq.*
Alexandra M. Settelmayer, Esq.*
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
jackbrowning@dwt.com
alexandraperloffgiles@dwt.com
alexandrasettelmayer@dwt.com

*Admitted *pro hac vice*
*Attorneys for Defendants Penguin Random House LLC, Susanne Craig and Russ Buettner*