# EXHIBIT A

| | |
|---|---|
| **From:** | Alejandro Brito <abrito@britopllc.com> |
| **Sent:** | Friday, December 26, 2025 1:15 PM |
| **To:** | Hentoff, Tom; McNamara, Elizabeth |
| **Cc:** | William Schifino; Justin Bennett; Gregory Pierson; Cristina Warder; Gamse, Nicholas; Broecker, Kimberly; Carol Jean LoCicero; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack; Perloff-Giles, Alexandra; Settelmayer, Alexandra |
| **Subject:** | RE: Trump v. NYT |

**[EXTERNAL]**

Thank you

Alejandro Brito



2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged.  Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message.  If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

**From:** Hentoff, Tom <THentoff@wc.com>
**Sent:** Friday, December 26, 2025 12:59 PM
**To:** McNamara, Elizabeth <lizmcnamara@dwt.com>; Alejandro Brito <abrito@britopllc.com>
**Cc:** William Schifino <WSchifino@gunster.com>; Justin Bennett <JBennett@gunster.com>; Gregory Pierson <GPierson@gunster.com>; Cristina Warder <CWarder@gunster.com>; Gamse, Nicholas <NGamse@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack <JackBrowning@dwt.com>; Perloff-Giles, Alexandra <AlexandraPerloffGiles@dwt.com>; Settelmayer, Alexandra <AlexandraSettelmayer@dwt.com>
**Subject:** RE: Trump v. NYT

Alex,

On behalf of all defendants, this will confirm that (1) the parties are not in agreement on resolution of the motion for venue-related discovery, and (2) defendants consent to the motion requesting that the briefing schedule on the venue and 12(b)(6) motions should stay aligned.

Best regards,

Tom

**Thomas G. Hentoff**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, D.C. 20024
202.569.8441 (Direct & Mobile)
thentoff@wc.com | www.wc.com/thentoff

---

**From:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Sent:** Friday, December 26, 2025 10:54 AM
**To:** Alejandro Brito <abrito@britopllc.com>
**Cc:** William Schifino <WSchifino@gunster.com>; Justin Bennett <JBennett@gunster.com>; Gregory Pierson <GPierson@gunster.com>; Cristina Warder <CWarder@gunster.com>; Hentoff, Tom <THentoff@wc.com>; Gamse, Nicholas <NGamse@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack <JackBrowning@dwt.com>; Perloff-Giles, Alexandra <AlexandraPerloffGiles@dwt.com>; Settelmayer, Alexandra <AlexandraSettelmayer@dwt.com>
**Subject:** Re: Trump v. NYT

Sorry. I'll send.

> On Dec 26, 2025, at 10:52 AM, Alejandro Brito <abrito@britopllc.com> wrote:
>
> **[EXTERNAL]**
>
> Liz:
>
> I have not received the invitation. Please send when possible.
>
> Thank you.
>
> Alejandro Brito
> <image001.jpg>
> 2121 Ponce de Leon Boulevard
> Suite 650
> Coral Gables, FL 33134
> 305.614.4071 (office)
> 305.772.7474 (cell)

2

www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

**From:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Sent:** Friday, December 26, 2025 9:15 AM
**To:** Alejandro Brito <abrito@britopllc.com>
**Cc:** Schifino, William <wschifino@gunster.com>; Bennett, Justin <jbennett@gunster.com>; Pierson, Gregory <gpierson@gunster.com>; Warder, Cristina <cwarder@gunster.com>; thentoff@wc.com; Nicholas Gamse <ngamse@wc.com>; Broecker, Kimberly <kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack <JackBrowning@dwt.com>; Perloff-Giles, Alexandra <AlexandraPerloffGiles@dwt.com>; Settelmayer, Alexandra <AlexandraSettelmayer@dwt.com>
**Subject:** RE: Trump v. NYT

Alex,

11 a.m. works for us and both Tom Hentoff and Nick Gamse at Williams & Connelly. I'll send an invite – please let me know if anyone else from your team will be joining.

Thanks, Liz

**Elizabeth McNamara**
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6437  **C** 917.952.7901  **E** lizmcnamara@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Alejandro Brito <abrito@britopllc.com>
**Sent:** Friday, December 26, 2025 8:43 AM
**To:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Cc:** Schifino, William <wschifino@gunster.com>; Bennett, Justin <jbennett@gunster.com>; Pierson, Gregory <gpierson@gunster.com>; Warder, Cristina <cwarder@gunster.com>; thentoff@wc.com; Nicholas Gamse <ngamse@wc.com>; Broecker, Kimberly <kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack <JackBrowning@dwt.com>; Perloff-Giles, Alexandra <AlexandraPerloffGiles@dwt.com>; Settelmayer, Alexandra <AlexandraSettelmayer@dwt.com>
**Subject:** Re: Trump v. NYT

**[EXTERNAL]**

Good morning. What time can we confer this morning?

Thank you

3

Get Outlook for iOS

---

**From:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Sent:** Wednesday, December 24, 2025 4:08:07 PM
**To:** Alejandro Brito <abrito@britopllc.com>
**Cc:** Schifino, William <wschifino@gunster.com>; Bennett, Justin <jbennett@gunster.com>; Pierson, Gregory <gpierson@gunster.com>; Warder, Cristina <cwarder@gunster.com>; thentoff@wc.com <thentoff@wc.com>; Nicholas Gamse <ngamse@wc.com>; Broecker, Kimberly <kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com <jmcguire@tlolawfirm.com>; lnorbut@tlolawfirm.com <lnorbut@tlolawfirm.com>; Browning, Jack <JackBrowning@dwt.com>; Perloff-Giles, Alexandra <AlexandraPerloffGiles@dwt.com>; Settelmayer, Alexandra <AlexandraSettelmayer@dwt.com>
**Subject:** RE: Trump v. NYT

Alex,

We do not believe what you have written below is accurate. The only notice we received concerning your client's motion was by email and it was sent today. Thus, it would not be accurate to say that the parties have conferred in good faith "including on December 24." Further, Local Rule 3.01(g)(2)(C) provides that the certificate "must explain the means by which the conference occurred." You can accurately state that you reached out to Defendants' counsel via email on December 24, but they were unable to speak with their clients. Defendants' counsel proposed that counsel speak on the phone concerning the motion on Friday, December 26. That proposal was rejected. As a result, the Defendants have not provided a position on the proposed motion.

Liz

**Elizabeth McNamara**
**Partner,** Davis Wright Tremaine LLP
**P** 212.603.6437  **C** 917.952.7901  **E** lizmcnamara@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Alejandro Brito <abrito@britopllc.com>
**Sent:** Wednesday, December 24, 2025 3:43 PM
**To:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Cc:** Schifino, William <wschifino@gunster.com>; Bennett, Justin <jbennett@gunster.com>; Pierson, Gregory <gpierson@gunster.com>; Warder, Cristina <cwarder@gunster.com>; thentoff@wc.com; Nicholas Gamse <ngamse@wc.com>; Broecker, Kimberly <kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack <JackBrowning@dwt.com>; Perloff-Giles, Alexandra <AlexandraPerloffGiles@dwt.com>; Settelmayer, Alexandra <AlexandraSettelmayer@dwt.com>
**Subject:** RE: Trump v. NYT

[EXTERNAL]

My intention was to state as follows:

4

Pursuant to M.D. Fla. R. 3.01(g), the parties have conferred in good faith about the relief requested herein, including on December 24, 2025, and agreed to continue to confer. Plaintiff was sensitive to not delaying the filing of this motion and, as a result, is filing it prior to the completion of the conferral process. Once the parties complete the conferral process, the parties will notify the Court of the Defendants' position on the relief requested in this motion

Alejandro Brito
<image001.jpg>
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged.  Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message.  If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

**From:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Sent:** Wednesday, December 24, 2025 3:30 PM
**To:** Alejandro Brito <abrito@britopllc.com>
**Cc:** Schifino, William <wschifino@gunster.com>; Bennett, Justin <jbennett@gunster.com>; Pierson, Gregory <gpierson@gunster.com>; Warder, Cristina <cwarder@gunster.com>; thentoff@wc.com; Nicholas Gamse <ngamse@wc.com>; Broecker, Kimberly <kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack <JackBrowning@dwt.com>; Perloff-Giles, Alexandra <AlexandraPerloffGiles@dwt.com>; Settelmayer, Alexandra <AlexandraSettelmayer@dwt.com>
**Subject:** RE: Trump v. NYT

Alex,

We will need to confer with our clients regarding your proposal and need to better understand the proposal.  Since you only sent this proposal on the day before Christmas, nine days after we filed our motions, we don't have time to have an informed discussion with our clients today.   We do think a meaningful meet and confer may well be productive and would strongly urge you to accept our suggestion to discuss the proposed motion on Friday.  We would not represent to the Court that the delay in filing was caused by any delay between Wednesday and Friday.  If you do proceed to file today, we ask that you let the Court know that you only reached out to us on December 24  concerning this proposal and the parties have not actually conferred.

Liz

5

**Elizabeth McNamara**
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6437  **C** 917.952.7901  **E** lizmcnamara@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Alejandro Brito <abrito@britopllc.com>
**Sent:** Wednesday, December 24, 2025 2:44 PM
**To:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Cc:** Schifino, William <wschifino@gunster.com>; Bennett, Justin <jbennett@gunster.com>; Pierson, Gregory <gpierson@gunster.com>; Warder, Cristina <cwarder@gunster.com>; thentoff@wc.com; Nicholas Gamse <ngamse@wc.com>; Broecker, Kimberly <kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack <JackBrowning@dwt.com>; Perloff-Giles, Alexandra <AlexandraPerloffGiles@dwt.com>; Settelmayer, Alexandra <AlexandraSettelmayer@dwt.com>
**Subject:** RE: Trump v. NYT

[EXTERNAL]

If you believe that you can provide me with the Defendants' position today, please let me know ASAP.  If, however, the response will not be provided today, I will simply state in the conferral certification that we conferred, will continue to confer and will advise the Court promptly as to the results of the subsequent conferral.  The concern is that we need to file the motion in order to avoid the Court believing that we waited too long to file the motion.

Thank you.

Alejandro Brito
<image001.jpg>
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged.  Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message.  If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

---

**From:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Sent:** Wednesday, December 24, 2025 1:32 PM
**To:** Alejandro Brito <abrito@britopllc.com>
**Cc:** Schifino, William <wschifino@gunster.com>; Bennett, Justin <jbennett@gunster.com>; Pierson, Gregory <gpierson@gunster.com>; Warder, Cristina <cwarder@gunster.com>; thentoff@wc.com; Nicholas Gamse <ngamse@wc.com>; Broecker, Kimberly <kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack <JackBrowning@dwt.com>; Perloff-Giles, Alexandra <AlexandraPerloffGiles@dwt.com>; Settelmayer,

Alexandra <AlexandraSettelmayer@dwt.com>
**Subject:** Trump v. NYT

**Elizabeth McNamara**
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6437  **C** 917.952.7901  **E** lizmcnamara@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

Hi Alex,

We would like to meet and confer about your proposed motion, including what discovery you are seeking and why you believe that it is necessary. Given the holidays, we propose having a call to discuss the issues on Friday. Would late morning work, about 11 or 11:30? Let us know and we can send an invite to those attending.

Meanwhile, have a wonderful Christmas.

Liz

**From:** Alejandro Brito <abrito@britopllc.com>
**Sent:** Wednesday, December 24, 2025 10:57 AM
**To:** wschifino@gunster.com; jbennett@gunster.com; gpierson@gunster.com; cwarder@gunster.com; Hentoff, Tom <THentoff@wc.com>; Gamse, Nicholas <NGamse@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; Linda Norbut <lnorbut@tlolawfirm.com>
**Cc:** Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>
**Subject:** Trump v. NYT

All:

Good morning.

In light of the arguments raised in the Rule 12(b)(3) Motion, we intend to file a motion seeking to conduct venue discovery. In that motion, we will ask that the Court stay or extend the briefing schedule on Defendants' Rule 12(b)(3) Motion and set the following accelerated venue discovery schedule:

1. Within seven (7) days of the Court's Order, Plaintiff will serve written venue discovery and Rule 30(b)(6) deposition topics;

1. Within fourteen (14) days thereafter, Defendants will serve written responses and produce responsive documents;

1. Within twenty-one (21) days after production, the parties will complete the two 30(b)(6) depositions, as well as the depositions of all of the declarants;

1. Plaintiff's response to the Rule 12(b)(3) Motion shall be due fourteen (14) days after completetion of venue discovery; and

7

1. Defendants' reply shall be due ten (10) days thereafter.

In the event the Court denies Plaintiff's Motion for Venue Discovery, we will request an enlargement of time of twenty-one (21) days to respond to Defendants' 12(b)(3) Motion.

Separately, we will be filing a motion to align the briefing schedule on the Rule 12(b)(6) Motion with the briefing schedule on the Rule 12(b)(3) Motion. The rationale behind the requested relief in that motion is that if the Court is going to consider granting the Rule 12(b)(3) Motion (thereby transferring the case to another venue), then the Court should not first be addressing the Rule 12(b)(6) Motion.

Please advise whether Defendants consent or object to the relief requested in the two motions, as set forth above.

Thank you.


Alejandro Brito
<image001.jpg>
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged.  Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message.  If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

We're pleased to announce our upcoming move!
Starting January 5, 2026, you will find us on the 42nd floor of our building.
Our updated mailing address will be:

**1251 Avenue of the Americas**
**42nd Floor**
**New York, NY 10020-1104**

We're pleased to announce our upcoming move!
Starting January 5, 2026, you will find us on the 42nd floor of our building.
Our updated mailing address will be:

**1251 Avenue of the Americas**
**42nd Floor**
**New York, NY 10020-1104**

We're pleased to announce our upcoming move!
Starting January 5, 2026, you will find us on the 42nd floor of our building.
Our updated mailing address will be:

**1251 Avenue of the Americas**
**42nd Floor**
**New York, NY 10020-1104**

We're pleased to announce our upcoming move!
Starting January 5, 2026, you will find us on the 42nd floor of our building.
Our updated mailing address will be:

**1251 Avenue of the Americas**
**42nd Floor**
**New York, NY 10020-1104**

We're pleased to announce our upcoming move!
Starting January 5, 2026, you will find us on the 42nd floor of our building.
Our updated mailing address will be:

**1251 Avenue of the Americas**
**42nd Floor**
**New York, NY 10020-1104**

| | |
|---|---|
| **From:** | Alejandro Brito <abrito@britopllc.com> |
| **Sent:** | Wednesday, December 24, 2025 1:52 PM |
| **To:** | McNamara, Elizabeth |
| **Cc:** | Schifino, William; Bennett, Justin; Pierson, Gregory; Warder, Cristina; thentoff@wc.com; Nicholas Gamse; Broecker, Kimberly; Carol Jean LoCicero; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack; Perloff-Giles, Alexandra; Settelmayer, Alexandra |
| **Subject:** | RE: Trump v. NYT |

**[EXTERNAL]**

Liz:

Given the time-sensitivities associated with the relief that we are requesting, I figured it would be best if I simply responded to your email today rather than wait to have a phone conference.

We will be asking the Court to permit limited venue-limited written discovery, Rule 30(b)(6) depositions of the Times and Penguin, as well as the depositions of each of the five (5) declarants, focused primarily on (i) district-specific circulation/distribution/sales, including print and digital readership metrics, (ii) the location of the publication/distribution decisions and any District-tethered acts Defendants contend did not occur here; and (iii) the factual assertions raised by each of the declarants in their declarations.

Please advise as to your position on the motion.

Thank you and a Merry Christmas to all of you.

Alejandro Brito



2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged.  Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message.  If you have received the

11

message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

**From:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Sent:** Wednesday, December 24, 2025 1:32 PM
**To:** Alejandro Brito <abrito@britopllc.com>
**Cc:** Schifino, William <wschifino@gunster.com>; Bennett, Justin <jbennett@gunster.com>; Pierson, Gregory <gpierson@gunster.com>; Warder, Cristina <cwarder@gunster.com>; thentoff@wc.com; Nicholas Gamse <ngamse@wc.com>; Broecker, Kimberly <kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; lnorbut@tlolawfirm.com; Browning, Jack <JackBrowning@dwt.com>; Perloff-Giles, Alexandra <AlexandraPerloffGiles@dwt.com>; Settelmayer, Alexandra <AlexandraSettelmayer@dwt.com>
**Subject:** Trump v. NYT

**Elizabeth McNamara**
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6437  **C** 917.952.7901  **E** lizmcnamara@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

Hi Alex,

We would like to meet and confer about your proposed motion, including what discovery you are seeking and why you believe that it is necessary. Given the holidays, we propose having a call to discuss the issues on Friday. Would late morning work, about 11 or 11:30? Let us know and we can send an invite to those attending.

Meanwhile, have a wonderful Christmas.

Liz

**From:** Alejandro Brito <abrito@britopllc.com>
**Sent:** Wednesday, December 24, 2025 10:57 AM
**To:** wschifino@gunster.com; jbennett@gunster.com; gpierson@gunster.com; cwarder@gunster.com; Hentoff, Tom <THentoff@wc.com>; Gamse, Nicholas <NGamse@wc.com>; Broecker, Kimberly <Kbroecker@wc.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>; jmcguire@tlolawfirm.com; Linda Norbut <lnorbut@tlolawfirm.com>
**Cc:** Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>
**Subject:** Trump v. NYT

All:

Good morning.

In light of the arguments raised in the Rule 12(b)(3) Motion, we intend to file a motion seeking to conduct venue discovery. In that motion, we will ask that the Court stay or extend the briefing schedule on Defendants' Rule 12(b)(3) Motion and set the following accelerated venue discovery schedule:

- Within seven (7) days of the Court's Order, Plaintiff will serve written venue discovery and Rule 30(b)(6) deposition topics;

- Within fourteen (14) days thereafter, Defendants will serve written responses and produce responsive documents;

- Within twenty-one (21) days after production, the parties will complete the two 30(b)(6) depositions, as well as the depositions of all of the declarants;

- Plaintiff's response to the Rule 12(b)(3) Motion shall be due fourteen (14) days after completion of venue discovery; and

- Defendants' reply shall be due ten (10) days thereafter.

In the event the Court denies Plaintiff's Motion for Venue Discovery, we will request an enlargement of time of twenty-one (21) days to respond to Defendants' 12(b)(3) Motion.

Separately, we will be filing a motion to align the briefing schedule on the Rule 12(b)(6) Motion with the briefing schedule on the Rule 12(b)(3) Motion. The rationale behind the requested relief in that motion is that if the Court is going to consider granting the Rule 12(b)(3) Motion (thereby transferring the case to another venue), then the Court should not first be addressing the Rule 12(b)(6) Motion.

Please advise whether Defendants consent or object to the relief requested in the two motions, as set forth above.

Thank you.

Alejandro Brito



2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

13

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

We're pleased to announce our upcoming move!
Starting January 5, 2026, you will find us on the 42nd floor of our building.
Our updated mailing address will be:

**1251 Avenue of the Americas**
**42nd Floor**
**New York, NY 10020-1104**