UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,

    Plaintiff,

v.                                  CASE NO. 8:25-cv-02487-SDM-NHA

NEW YORK TIMES COMPANY, et al.,

    Defendants.
_____/

### ORDER

An informal conference occurred yesterday with the lead counsel for each party. In accord with the parties' agreement, the parties must within **SEVEN DAYS** after this order e-mail the judge a list of proposed mediators and **SEVEN DAYS** later e-mail the list of proposed mediators to the other parties. The parties are **DIRECTED** to confer in an effort to agree on the issue of discovery both limited to facts pertinent to venue and within the plaintiff's proposed categories. If an impasse occurs, the parties must within **THREE BUSINESS DAYS** notify Magistrate Judge Natalie H. Adams, who will schedule a prompt discovery conference.

ORDERED in Tampa, Florida, on January 21, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE