UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,,<br><br>     Plaintiff,<br><br>  -against-<br><br>NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company,<br><br>     Defendants. | 8:25-cv-2487-SDM-NHA<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

  **PLEASE TAKE NOTICE** that the firm Davis Wright Tremaine LLP has moved to a new address. The new location is:

Davis Wright Tremaine LLP<br>
1251 Avenue of the Americas<br>
42nd Floor<br>
New York, NY 10020

  **PLEASE TAKE FURTHER NOTICE**, that phone and fax numbers, as well as email addresses, will remain the same.

Dated: February 10, 2026         Yours, ETC.
                   Davis Wright Tremaine LLP

                 By: /s/Elizabeth A. McNamara
                 1251 Avenue of Americas
                 42nd Floor
                 New York, NY 10020
                 Telephone: (212) 489-8230