UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie Hirt Adams
Courtroom 11A
Trump v. New York Times Company et al
8:25-cv-02487-SDM-NHA

| **Date**: February 17, 2026 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 12:30 PM–1:15 PM  \| Total: 45 mins | **Deputy Clerk**: Clara Reaves |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Alejandro Brito, Esq. | Alexandra Perloff-Giles, Def. |
|  | Elizabeth McNamara, Def. |
|  | Gregory Pierson, Def. |
|  | William Schifino, Jr., Def. |
|  | Carol LoCicero, Esq. |
|  | Thomas Hentoff, Esq. |
|  | Nicholas Gamse, Esq. |
|  | Alexandra Settelmayer, Esq. |
|  | John Browning, Esq. |
|  | Ian Corp, Esq. |
|  | Jalaine Garcia, Esq. |

**Motion Hearing (Zoom)**

All counsel present.

Matter is before the Court on Plaintiff's Motion to Conduct Venue Discovery and to Stay Briefing on Defendants' Rule 12(b)(3) Motion Pending Limited Discovery and to Establish Briefing Schedule (Dkt. 48).

Court hears argument by counsel.

Court reserves ruling and asks the parties to file a notice within a week stating whether the issue is resolved or if the parties require further assistance.

Court takes remaining issues under advisement and will issue a written order.

Court in recess.