UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Natalie Hirt Adams
Courtroom 11A
Trump v. New York Times Company et al
8:25-cv-02487-SDM-NHA

| **Date**: March 12, 2026 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 9:00 AM–9:27 AM | |
| | **Deputy Clerk**: Clara Reaves |
| \| Total: 27 mins | |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Alejandro Brito, Esq. | Alexandra Perloff-Giles, Def. |
| | Elizabeth McNamara, Def. |
| | William Schifino, Jr., Def. |
| | Carol LoCicero, Esq. |
| | Thomas Hentoff, Esq. |
| | Alexandra Settelmayer, Esq. |
| | John Browning, Esq. |
| | Jalaine Garcia, Esq. |

| **Motion Hearing (Zoom)** |
|---|
| All counsel present. |
| Matter is before the Court on Plaintiff's Motion to Conduct Venue Discovery and to Stay Briefing on Defendants' Rule 12(b)(3), Motion Pending Limited Discovery and to Establish Briefing Schedule (Dkt. 48), Motion to Stay Discovery (Dkt. 52). |
| Court hears argument by counsel. |
| Relevant issue to venue motion requires district-specific, rather than state-specific data. |
| Defendants to produce information omitted from Stipulations by March 18, 2026 |
| Plaintiff to respond to Dkts. 43 and 44 by April 8, 2026. |

Court denies request to stay discovery at Dkt. 52.

Court to issue written order.

Court in recess.