UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,

    Plaintiff,

v.                                                                        CASE NO. 8:25-cv-02487-SDM-NHA

NEW YORK TIMES COMPANY, et al.,

    Defendants.

_____/

### NOTICE CONCERNING MEDIATION

The March 23, 2026 mediation order (Doc. 72) requires, among other things, (1) that the mediator must confer with the parties and conduct an initial mediation session promptly and (2) that Alejandro Brito is designated as lead counsel and no later than **FOURTEEN DAYS** after [March 23] must file a notice of mediation that states the agreed day and time of the initial mediation session.  The parties are **RE-MINDED** and **CAUTIONED** to proceed expeditiously with the required consultation and scheduling.  Any extension of time for the required mediation is distinctly **DISFAVORED**.

    ORDERED in Tampa, Florida, on April 1, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE