**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company, <br><br> Defendants. | Case No. 25-cv-02487-SDM-NHA |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS [D.E. 43 AND 44]**

Plaintiff President Donald J. Trump ("Plaintiff" or "President Trump"), by and through undersigned counsel, hereby files this Unopposed Motion to Extend Deadline to Respond to Defendants' Motions to Dismiss [D.E. 43 and 44] (the "Motion"). In support thereof, Plaintiff states as follows:

1.      On December 15, 2025, Defendants The New York Times Company, Susanne Craig, Peter Baker, Russ Buetter, and Penguin Random House LLC (collectively, "Defendants" and together with Plaintiff, the "Parties") filed their

Motion to Dismiss or, in the Alternative, to Transfer for Improper Venue and Supporting Memorandum of Law [D.E. 43] ("12(b)(3) Motion") and Motion to Dismiss for Failure to State a Claim and Supporting Memorandum of Law [D.E. 44] ("12(b)(6) Motion") (together, "Motions to Dismiss").

2.      On December 26, 2025, Plaintiff filed his Motion to Conduct Venue Discovery and Stay Briefing on Defendants' Rule 12(b)(3) Motion to Dismiss Pending Limited Discovery and to Establish Briefing Schedule [D.E. 48] ("Motion to Conduct Venue Discovery") and his Unopposed Motion to Stay and/or Align Briefing Schedule on Defendants' Rule 12(b)(6) Motion to Dismiss with Briefing Schedule on Defendants' Rule 12(b)(3) Motion to Dismiss, or, Alternatively, Motion for Extension of Time to File Response to Rule 12(b)(6) Motion to Dismiss [D.E. 49] ("Unopposed Motion to Align Briefing Schedule").

3.      On January 19, 2026, Defendants filed their Motion to Stay Merits Discovery and Memorandum of Law In Support Thereof [D.E. 52] ("Motion to Stay Merits Discovery"). Plaintiff responded thereto on February 2, 2026. *See* D.E. 55.

4.      Thereafter, the Parties met and conferred multiple times over the issues in Plaintiff's Motion to Conduct Venue Discovery. Although most of the issues were resolved, Plaintiff still desired to depose five of Defendants' witnesses on fourteen topics related to the jurisdictional discovery arguments in his Motion to Conduct Venue Discovery.

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650│ Coral Gables, Florida 33134
Telephone: (305) 614-4071

5.     On February 17, 2026, the Court entered an Order that directed the Parties to continue their meet-and-confer efforts to determine whether the Parties would stipulate to the relevant facts encompassed by the fourteen topics and advise the Court if the Parties required an additional hearing. *See* D.E. 61.

6.     Subsequently, the Parties continued their meet-and-confer efforts, which led to a stipulation to additional facts that addressed some but not all of Plaintiff's jurisdictional discovery arguments in his Motion to Conduct Venue Discovery.

7.     As a result, the Parties submitted their respective positions to the Court and requested an additional hearing to resolve the remaining disputes on jurisdictional discovery.

8.     On March 12, 2026, following a hearing to decide any remaining disputes between the Parties on jurisdictional discovery, the Court entered an Order Denying Plaintiff's Motion to Conduct Venue Discovery [D.E. 68], an Order Granting Plaintiff's Unopposed Motion to Align Briefing Schedule [D.E. 69] ("Order Setting Briefing Schedule for Defendants' Motion to Dismiss"), and an Order Denying Defendants' Motion to Stay Merits Discovery [D.E. 70].

9.     The Court's Order Granting Plaintiff's Unopposed Motion to Align Briefing Schedule [D.E. 69] allowed Plaintiff until April 8, 2026, to respond to Defendants' Motions to Dismiss.

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

10. On March 17, 2026, Plaintiff served his First Set of Requests for Production and First Set of Interrogatories on each of the Defendants.

11. On March 20, 2026, Defendants Penguin Random House, Russ Buettner and Susanne Craig served their First Set of Requests for Production and First Set of Interrogatories on Plaintiff.

12. On March 23, 2026, Defendant New York Times served its First Set of Interrogatories on Plaintiff and Defendants New York Times and Peter Baker served their First Set of Requests for Production.

13. On March 23, 2026, the Court entered an Order referring this action to mediation, appointing Joseph H. Varner III, Esq. as the mediator, and instructing Plaintiff to file, within fourteen days from that Order, the date that the Parties agreed to have their initial mediation. *See* D.E. 72.

14. On April 2, 2026, Plaintiff filed a Notice of Mediation, confirming the Parties' agreement to mediate this dispute on May 6, 2026, before Mr. Varner. *See* D.E. 74.

15. Plaintiff has worked diligently on the responses to Defendants' Motions to Dismiss. However, due to the current geopolitical climate that Plaintiff is directly and personally addressing, Plaintiff requires additional time to complete his responses.

16. In light of the foregoing, under Local Rule 3.01(g), the Parties have

4

conferred and reached a written stipulation to allow Plaintiff until April 29, 2026, to respond to Defendants' Motions to Dismiss.[1]

17.    Although the Parties submitted their Uniform Case Management Report [D.E. 50] proposing pretrial deadlines, no case management order or trial order adopting those proposed pretrial deadlines, or entering alternative deadlines, has been entered. Thus, Plaintiff's request for a brief extension of time will not impact any existing pretrial deadlines. *See e.g., Gillio v. US Bank NA*, 2013 WL 12387342, at *2 (M.D. Fla. July 1, 2013) ("The Court finds that the dispositive motions deadline can be extended without disrupting the case management schedule while still allowing the Court sufficient time to rule on any dispositive motions.").

18.    For these reasons, Plaintiff respectfully submits that this Motion is made in good faith, not for purposes of delay, and that good cause exists for this brief extension of time. *See* Fed. R. Civ. P. 6(b)(1)(A) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]"); *see also Jozwiak v. Stryker Corp.,* 2010 WL 743834, at *3 (M.D. Fla. Feb. 26, 2010) (citing Fed. R. Civ. P. 6(b)(1)(A): "Because Plaintiff's Motion to Extend [deadline to respond to Defendants' Motion

---

[1] The Parties' written stipulation also confirms that Plaintiff agrees to Defendants' forthcoming request to seek leave of Court to file reply memoranda supporting their Motions to Dismiss.

5

to Dismiss] was filed within the deadline for filing a response, the Court may grant an extension of time upon a showing of good cause."); *see also In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987) (explaining that "Good cause" is "difficult to define in absolute terms, [but] it generally signifies a sound basis or legitimate need to take judicial action.").

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter an Order honoring the Parties' stipulation to extend Plaintiff's deadline to respond to Defendants' Motions to Dismiss until April 29, 2026, and awarding any further relief the Court deems proper.

\*    \*    \*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

Dated April 8, 2026                    Respectfully submitted,

                                       /s/ Alejandro Brito
                                       Alejandro Brito
                                       Florida Bar No. 098442
                                       Jalaine Garcia
                                       Florida Bar No. 58632
                                       Ian Michael Corp
                                       Florida Bar No. 1010943
                                       BRITO, PLLC
                                       2121 Ponce de Leon Boulevard
                                       Suite 650
                                       Coral Gables, FL 33134
                                       Tel:  305-614-4071
                                       Fax:  305-440-4385
                                       abrito@britopllc.com
                                       jgarcia@britopllc.com
                                       icorp@britopllc.com
                                       apiriou@britopllc.com

                                       Edward Andrew Paltzik
                                       Taylor Dykema PLLC
                                       914 E. 25th Street
                                       Houston, TX 77009
                                       Tel: 516-526-0341
                                       edward@taylordykema.com
                                       (*pro hac vice* admitted)

                                       Daniel Zachary Epstein
                                       Epstein & Co. LLC
                                       8903 Glades Rd
                                       Ste A8 #2090
                                       Boca Raton, FL 33434
                                       Tel: 202-240-2398
                                       dan@epsteinco.co
                                       (*pro hac vice* admitted)

                                       *Counsel to Plaintiff*
                                       *President Donald J. Trump*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 8, 2026, the foregoing was served via

the Court's CM/ECF System upon:

| | |
|---|---|
| William J. Schifino, Jr., Esq.<br>Justin P. Bennett, Esq.<br>Gregory L. Pierson, Esq.<br>Gunster, Yoakley & Stewart, P.A.<br>401 E. Jackson Street<br>Suite 1500<br>Tampa, Florida 33602<br>wschifino@gunster.com<br>jbennett@gunster.com<br>gpierson@gunster.com<br>cwarder@gunster.com<br>*Counsel for Defendants Penguin Random House LLC,*<br>*Susanne Craig, and Russ Buettner* | George S. LeMieux, Esq.<br>Eric C. Edison, Esq.<br>Gunster, Yoakley<br>& Stewart, P.A.<br>450 East Las Olas Blvd.<br>Suite 1400<br>Fort Lauderdale, Florida 33301<br>glemieux@gunster.com<br>eedison@gunster.com<br>*Counsel for Defendants Penguin Random House LLC,*<br>*Susanne Craig, and Russ Buettner* |
| Williams & Connolly, LLP<br>Thomas G. Hentoff, Esq.*<br>Nicholas G. Gamse, Esq.*<br>Kimberly Broecker, Esq.*<br>680 Main Avenue S.W.<br>Washington, D.C. 20024<br>thentoff@wc.com<br>ngamse@wc.com<br>kbroecker@wc.com<br>*Counsel for Defendants New York Times Company,*<br>*Susanne Craig, Russ Buettner, and Peter Baker* | Elizabeth A. McNamara, Esq.* (lead counsel)<br>John M. Browning, Esq.*<br>Alexandra Perloff-Giles, Esq.*<br>Alexandra M. Settelmayer, Esq.*<br>Davis Wright Tremaine, LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>lizmcnamara@dwt.com<br>jackbrowning@dwt.com<br>alexandraperloffgiles@dwt.com<br>alexandrasettelmayer@dwt.com<br>*Counsel for Defendants Penguin Random House LLC,*<br>*Susanne Craig, and Russ Buettner* |
| Thomas & LoCicero, PL<br>Carol Jean LoCicero, Esq.<br>James J. McGuire, Esq. | |

**Brito, PLLC**<br>2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134<br>Telephone: (305) 614-4071

Linda R. Norbut, Esq.
601 South Boulevard
Tampa, FL 33606
clocicero@tlolawfirm.com
jmcguire@tlolawfirm.com
lnorbut@tlolawfirm.com
*Counsel for Defendants New York Times Company,*
*Susanne Craig, Russ Buettner, and Peter Baker*

*/s/ Alejandro Brito*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071