# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE, LLC, a Delaware company, <br><br> Defendants. | Case No. 25-cv-02487-SDM-NHA |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE**

Plaintiff, President Donald J. Trump ("Plaintiff' or "President Trump"), by and through undersigned counsel, and pursuant to Local Rule 3.01(c), hereby files this Unopposed Motion to Exceed by up to ten pages the twenty-page limit for its Response in Opposition to Defendants' Motion to Dismiss or, in the Alternative, to Transfer for Improper Venue and Supporting Memorandum of Law ("Response"). In support thereof, Plaintiff states as follows:

1.      Plaintiff is in the process of completing its Response to Defendants'

Motion to Dismiss or, in the Alternative, to Transfer for Improper Venue and

Supporting Memorandum of Law.

2.      Due to the complexity of the issues raised in the Motion to Dismiss or,

in the Alternative, to Transfer for Improper Venue, Plaintiff anticipates it will need

up to ten additional pages of briefing to adequately address these issues, for a total

of thirty pages.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with counsel

for Defendants concerning the relief requested herein, who indicated that Defendants

do not oppose the relief sought.

Dated April 29, 2026                         Respectfully submitted,

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385
abrito@britopllc.com
apiriou@britopllc.com

*/s/ Edward Andrew Paltzik*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice* admitted)

*/s/ Daniel Zachary Epstein*
Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 202-240-2398
dan@epsteinco.co
(*pro hac vice* admitted)

*Counsel to Plaintiff*
*President Donald J. Trump*

*[Certificate of Service to Follow]*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 29, 2026 the foregoing was served

via the Court's CM/ECF System upon:

| | |
|---|---|
| William J. Schifino, Jr., Esq.<br>Justin P. Bennett, Esq.<br>Gregory L. Pierson, Esq.<br>Gunster, Yoakley & Stewart, P.A.<br>401 E. Jackson Street<br>Suite 1500<br>Tampa, Florida 33602<br>wschifino@gunster.com<br>jbennett@gunster.com<br>gpierson@gunster.com<br>cwarder@gunster.com<br>*Counsel for Defendants Penguin Random House LLC,*<br>*Susanne Craig, and Russ Buettner* | George S. LeMieux, Esq.<br>Eric C. Edison, Esq.<br>Gunster, Yoakley<br>& Stewart, P.A.<br>450 East Las Olas Blvd.<br>Suite 1400<br>Fort Lauderdale, Florida 33301<br>glemieux@gunster.com<br>eedison@gunster.com<br>*Counsel for Defendants Penguin Random House LLC,*<br>*Susanne Craig, and Russ Buettner* |
| Williams & Connolly, LLP<br>Thomas G. Hentoff, Esq.*<br>Nicholas G. Gamse, Esq.*<br>Kimberly Broecker, Esq.*<br>680 Main Avenue S.W.<br>Washington, D.C. 20024<br>thentoff@wc.com<br>ngamse@wc.com<br>kbroecker@wc.com<br>*Counsel for Defendants New York Times Company,*<br>*Susanne Craig, Russ Buettner, and Peter Baker* | Elizabeth A. McNamara, Esq.* (lead counsel)<br>John M. Browning, Esq.*<br>Alexandra Perloff-Giles, Esq.*<br>Alexandra M. Settelmayer, Esq.*<br>Davis Wright Tremaine, LLP<br>1251 Avenue of the Americas<br>42nd Avenue<br>New York, New York 10020<br>lizmcnamara@dwt.com<br>jackbrowning@dwt.com<br>alexandraperloffgiles@dwt.com<br>alexandrasettelmayer@dwt.com<br>*Counsel for Defendants Penguin Random House LLC,*<br>*Susanne Craig, and Russ Buettner* |

**BRITO, PLLC**<br>2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134<br>Telephone: (305) 614-4071

| Thomas & LoCicero, PL <br> Carol Jean LoCicero, Esq. <br> James J. McGuire, Esq. <br> Linda R. Norbut, Esq. <br> 601 South Boulevard <br> Tampa, FL 33606 <br> clocicero@tlolawfirm.com <br> jmcguire@tlolawfirm.com <br> lnorbut@tlolawfirm.com <br> *Counsel for Defendants New York Times Company,* <br> *Susanne Craig, Russ Buettner, and Peter Baker* | |

*/s/ Alejandro Brito*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071