## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

PRESIDENT DONALD J. TRUMP,
an individual,

         Plaintiff,

v.

NEW YORK TIMES COMPANY,
a New York corporation, SUSANNE
CRAIG, an individual, RUSS
BUETTNER, an individual,
PETER BAKER, an individual,
and PENGUIN RANDOM HOUSE
LLC, a Delaware company,

         Defendants.

Case No.
8:25-cv-02487-SDM-NHA

### NOTICE OF APPEARANCE AS COUNSEL
### AND NOTICE OF DESIGNATION OF E-MAIL ADDRESSES

Plaintiff PRESIDENT DONALD J. TRUMP ("Plaintiff") hereby files this Notice of Appearance as Counsel and Notice of Designation of E-Mail Addresses and states as follows:

Ian Michael Corp, Esq. of the law firm of Brito, PLLC hereby makes an appearance as Counsel in the above-styled matter and designates the following e-mail addresses for purposes of service in this case as follows:

Ian Michael Corp, Esq. E-Mail:  icorp@britopllc.com

Secondary E-Mail:  apiriou@britopllc.com

Dated April 29, 2026                    Respectfully submitted,

*/s/ Ian Michael Corp*
Alejandro Brito
Florida Bar No. 098442
Jalaine Garcia
Florida Bar No. 58632
Ian Michael Corp
Florida Bar No. 1010943
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385
abrito@britopllc.com
jgarcia@britopllc.com
icorp@britopllc.com
apiriou@britopllc.com

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice* admitted)

Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 202-240-2398
dan@epsteinco.co
(*pro hac vice* admitted)

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

*Counsel to Plaintiff*
*President Donald J. Trump*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 29, 2026, the foregoing was served via

the Court's CM/ECF System upon:

William J. Schifino, Jr., Esq.
Justin P. Bennett, Esq.
Gregory L. Pierson, Esq.
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street
Suite 1500
Tampa, Florida 33602
wschifino@gunster.com
jbennett@gunster.com
gpierson@gunster.com
cwarder@gunster.com
*Counsel for Defendants Penguin*
*Random House LLC,*
*Susanne Craig, and Russ Buettner*

George S. LeMieux, Esq.
Eric C. Edison, Esq.
Gunster, Yoakley
& Stewart, P.A.
450 East Las Olas Blvd.
Suite 1400
Fort Lauderdale, Florida 33301
glemieux@gunster.com
eedison@gunster.com
*Counsel for Defendants Penguin*
*Random House LLC,*
*Susanne Craig, and Russ Buettner*

Williams & Connolly, LLP
Thomas G. Hentoff, Esq.*
Nicholas G. Gamse, Esq.*
Kimberly Broecker, Esq.*
680 Main Avenue S.W.
Washington, D.C. 20024
thentoff@wc.com
ngamse@wc.com
kbroecker@wc.com
*Counsel for Defendants New York*
*Times Company,*
*Susanne Craig, Russ Buettner, and*
*Peter Baker*

Elizabeth A. McNamara, Esq.* (lead counsel)
John M. Browning, Esq.*
Alexandra Perloff-Giles, Esq.*
Alexandra M. Settelmayer, Esq.*
Davis Wright Tremaine, LLP
1251 Avenue of the Americas
New York, New York 10020
lizmcnamara@dwt.com
jackbrowning@dwt.com
alexandraperloffgiles@dwt.com
alexandrasettelmayer@dwt.com
*Counsel for Defendants Penguin*
*Random House LLC,*
*Susanne Craig, and Russ Buettner*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

Thomas & LoCicero, PL
Carol Jean LoCicero, Esq.
James J. McGuire, Esq.
Linda R. Norbut, Esq.
601 South Boulevard
Tampa, FL 33606
clocicero@tlolawfirm.com
jmcguire@tlolawfirm.com
lnorbut@tlolawfirm.com
*Counsel for Defendants New York
Times Company,
Susanne Craig, Russ Buettner, and
Peter Baker*

/s/ Ian Michael Corp

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650│ Coral Gables, Florida 33134
Telephone: (305) 614-4071