UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,
an individual,

     Plaintiff,

v.                         Case No. 8:25-cv-02487-SDM-NHA

NEW YORK TIMES COMPANY,
a New York corporation,
SUSANNE CRAIG, an individual,
RUSS BUETTNER, an individual,
PETER BAKER, an individual,
and PENGUIN RANDOM HOUSE LLC,
a Delaware company,

     Defendants.

_____/

## **MEDIATION REPORT**

The parties held a mediation conference on May 6, 2026.  All parties or their

authorized representatives appeared along with counsel. The parties were unable to

reach an agreement, and agreed to adjourn the mediation until a later date.

Reported on May 6, 2026, in Tampa, Florida.

Respectfully submitted,

*/s/ Joseph H. Varner, III*
Signature of Mediator

Joseph H. Varner, III – FBN: 394904
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-6703
joe.varner@hklaw.com