# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,
an individual,

        Plaintiff,

        v.

NEW YORK TIMES COMPANY, a New
York corporation, SUSANNE CRAIG, an
individual, RUSS BUETTNER, an
individual, PETER BAKER, an individual,
and PENGUIN RANDOM HOUSE LLC,
a Delaware company,

        Defendants.

Case No.
8:25-cv-02487-SDM-NHA

## UNOPPOSED MOTION OF ALEXANDRA M. SETTELMAYER TO WITHDRAW AS COUNSEL FOR DEFENDANTS PENGUIN RANDOM HOUSE LLC, SUSANNE CRAIG, AND RUSS BUETTNER

Attorney Alexandra M. Settelmayer, counsel for Defendants Penguin Random House LLC ("PRH"), Susanne Craig, and Russ Buettner (collectively the "PRH Defendants"), pursuant to Middle District of Florida Local Rule 2.02(c) move, without opposition for an order allowing her to withdraw as counsel for the PRH Defendants. In support, Alexandra M. Settelmayer states as follows:

1.      The Local Rules provide: "If a lawyer appears, the lawyer cannot without leave of court abandon, or withdraw from, the action." Local R. M.D. Fla. 2.02(c).

2.      Good cause exists for this withdrawal, as Alexandra M. Settelmayer will no longer be employed by Davis Wright Tremaine LLP after June 5, 2026.

3.      The PRH Defendants will continue to be represented by Elizabeth A. McNamara, John M. Browning, and Alexandra Perloff-Giles of Davis Wright Tremaine LLP in this action.

4.      The withdrawal of Alexandra M. Settelmayer will not result in the PRH Defendants proceeding *pro se* in this action. Consequently, this motion does not provide the mailing addresses, email addresses, or telephone numbers for the PRH Defendants.  *See* Local R. M.D. Fla. 2.02(c)(1)(B)(ii).

5.      Alexandra M. Settelmayer has notified the PRH Defendants of her intent to withdraw and they consent. *See* Local R. M.D. Fla. 2.02(c)(1)(A).

6.      Alexandra M. Settelmayer files this motion in good faith.

7.      The withdrawal of Alexandra M. Settelmayer will not hinder or delay this action's progression, nor will the withdrawal cause the continuance of trial, as the PRH Defendants will continue to be represented by Elizabeth A. McNamara, John M. Browning, and Alexandra Perloff-Giles of Davis Wright Tremaine LLP in this action.  No party will be prejudiced by the granting of this motion.

WHEREFORE, Attorney Alexandra M. Settelmayer respectfully requests that this Court enter an order allowing her to withdraw as counsel for the PRH Defendants in this action and for such other and further relief as this Court deems just and proper.

2

Dated: June 4, 2026.

Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

/s/ Alexandra M. Settelmayer
Alexandra M. Settelmayer, Esq.*
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
alexandrasettelmayer@dwt.com

*Admitted *pro hac vice*

*Counsel for Defendants Penguin Random House LLC, Susanne Craig, and Russ Buettner*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel certified that counsel conferred by email with counsel for Plaintiff, who does not oppose the relief requested in this motion.

/s/ Alexandra Settelmayer
Alexandra Settelmayer

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all counsel of record

/s/ Alexandra Settelmayer
Alexandra Settelmayer

3