UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 8:25-cv-2487-SDM-NHA | DATE: | July 22, 2026 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | |
| **TRUMP** <br><br> **v.** <br><br> **NEW YORK TIMES COMPANY, et al** | | LANGUAGE: | |
| | | PLAINTIFF COUNSEL <br> Alejandro Brito <br> Jalaine Garcia | |
| | | DEFENSE COUNSEL <br> Elizabeth McNamara <br> Thomas Hentoff <br> Alexandra Perloff-Giles <br> William Schifino <br> Linda Norbut <br> Gregory Pierson <br> Alexandra Settelmayer | |
| COURT REPORTER: Becky Sabo | | DEPUTY CLERK: | Kristin Carreon |
| TIME: | 9:04 AM – 10:05 AM <br> 10:17 AM – 11:36 AM | TOTAL: <br> 2 hours, 20 minutes | |
| | | COURTROOM: | 15A |

**PROCEEDINGS:   MOTION HEARING**

Court in session. Parties present and identified for the record.

The court discussed the motion to dismiss (Doc. 44) with the parties.

Elizabeth McNamara made oral argument.

Thomas Hentoff made oral argument.

Brief recess.

Court back in session.

Alejandro Brito made oral argument.

Rebuttal made by Ms. McNamara.

Rebuttal made by Mr. Hentoff.

The court will issue a written order accordingly.

Court adjourned.