JUL 20 2026 PM1:05
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,       )
    Plaintiff,       )
v.       )       8:25-cv-02487-SDM-NHA
NEW YORK TIMES COMPANY, et al.    )
    Defendants.       )

## MOTION FOR LEAVE TO FILE
## AND MOTION TO JOIN PLAINTIFF

Allegation of jurisdiction.

1.    Pursuant to the Court's order April 2, 2024 (*see* [149] in *USA v. Haskew*, 8:17-cr-00040), Movant is enjoined from filing in this court without leave.

**WHEREFORE** Movant prays that the Court grant leave to file this motion to join plaintiff, which arises firstly under rule 20 of civil procedure, secondly the Court's July 6, 2026 Order [88] sustaining Tampa venue, and thirdly by Court order.

Same transaction.

2.    January 17, 2017 Plaintiff filed an Information against Movant in this court.

**WHEREFORE** March 8, 2017 the Court granted permissive joinder (A).

By Movant:  /s/ John Haskew
    1315 Parker Rd.
    Lakeland, FL 33811
    jm.haskew@gmail.com
    863-701-4342

1