Case 8:17-cr-00040-JDW-CPT    Document 52    Filed 03/08/17    Page 1 of 1 PageID 149

EXHIBIT A

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **CASE NO: 8:17-cr-40-T-27TBM**

**JOHN MICHAEL HASKEW**

_____

### ACCEPTANCE OF PLEA OF GUILTY
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One of the Information is now accepted and the Defendant is adjudged guilty of such offense.

Sentencing is hereby scheduled for May 8, 2017 at 1:30 PM. Counsel of record and/or the United States Probation Office shall contact the courtroom deputy should it be anticipated that this hearing will exceed thirty (30) minutes.

IT IS SO ORDERED in Tampa, Florida 8th day of March, 2017.

/s/ *James D. Whittemore*

**JAMES D. WHITTEMORE**
**UNITED STATES DISTRICT JUDGE**

Copies to:    U.S. Attorney's Office
              U.S. Probation Office
              U.S. Marshal's Office
              U.S. Pretrial Services
              Counsel
              Defendant