John Haskew
1315 Parker Rd.
Lakeland FL 33811



TAMPA FL 335

17 JUL 2026 PM 8 L

FOREVER    USA

Clerk of Court
801 N. Florida Ave.
Tampa FL 33602

33602-384802

