UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,
an individual,

    Plaintiff,

v.                              CASE NO. 8:25-cv-02487-SDM-NHA

NEW YORK TIMES COMPANY, et al.,

    Defendant.
_____/

**ORDER**

An order in *USA v. Haskew*, 8:17-cr-00040, finds a pattern of "unauthorized pleadings and frivolous motions" and prohibits John Michael Haskew from filing any motion, pleading, or document without prior court authorization. Haskew moves (Doc. 92) for authorization to intervene in this action. Because the motion wholly fails to state any basis to intervene in this action and fails to state any plausible basis for other relief in this action, the motion is **DENIED**. The clerk is **DIRECTED** not to include Haskew on the docket and to remove Haskew from the service list.

ORDERED in Tampa, Florida, on July 24, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE