UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRESIDENT DONALD J. TRUMP,
an individual,

     Plaintiff,

v.                             CASE NO. 8:25-cv-02487-SDM-NHA

NEW YORK TIMES COMPANY, et al.,

     Defendants.

_____/

**ORDER**

The defendants move (Doc. 44) to dismiss the amended complaint for failure to state a claim. The plaintiff responds (Doc. 81) in opposition. A hearing on the motion to dismiss occurred on **JULY 22, 2026**, in Courtroom 15A, United States Courthouse, 801 Florida Avenue, Tampa, Florida. In the response to the motion to dismiss, the plaintiff moves (Doc. 81 at 32–33) for leave to amend the complaint to "cure any . . . deficiencies" by showing "why the Challenged Statements are not substantially true, along with additional facts and innuendo by Defendants to show why the Challenged Statements are defamatory, and additional evidence of actual malice for each Defendant." The plaintiff's motion for leave to amend the complaint is **GRANTED**, and no later than **AUGUST 27, 2026**, the plaintiff may amend the complaint. An earlier order (Doc. 5) prescribes for the amended complaint a page limitation of "forty pages, excluding only the caption, the signature, and any

attachment." The plaintiff's second amended complaint may exceed the limitation in the earlier order so long as the amendment comprises factual allegations consistent with the applicable rules. Contemporaneous to the filing of the second amended complaint, the plaintiff must e-mail to opposing counsel and to chambers a "redline" copy of the second amended complaint that identifies all additions and deletions.

The defendants' motion to dismiss the amended complaint for failure to state a claim is **DEFERRED**. Within **TWENTY-ONE DAYS** after the plaintiff files the second amended complaint, the defendants may either (1) by a succinct notice stand on the objections and arguments in the defendants' pending motion to dismiss or (2) supplement the motion to dismiss in no more than ten pages with argument limited to any new factual allegations in the second amended complaint. If the defendants supplement the motion to dismiss, the plaintiff may respond in no more than ten pages within **FOURTEEN DAYS** after the filing of that supplement.

ORDERED in Tampa, Florida, on July 27, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

- 2 -