**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company,<br><br>　　　　　　Defendants. | Case No.<br>8:25-cv-02487-SDM-NHA |

**NOTICE OF APPEARANCE AS COUNSEL**
**AND NOTICE OF DESIGNATION OF E-MAIL ADDRESSES**

Plaintiff PRESIDENT DONALD J. TRUMP ("Plaintiff") hereby files this Notice of Appearance as Counsel and Notice of Designation of E-Mail Addresses and states as follows:

Michael O. Mena, Esq. of the law firm of Brito, PLLC hereby makes an appearance as Counsel in the above-styled matter and designates the following e-mail addresses for purposes of service in this case as follows:

Michael O. Mena, Esq. E-Mail: mmena@britopllc.com
Secondary E-Mail: apiriou@britopllc.com

Dated August 11, 2026                    Respectfully submitted,

                                         /s/Michael O. Mena
                                         Alejandro Brito
                                         Florida Bar No. 098442
                                         Jalaine Garcia
                                         Florida Bar No. 58632
                                         Michael O. Mena
                                         Florida Bar No. 010664
                                         Ian Michael Corp
                                         Florida Bar No. 1010943
                                         **BRITO, PLLC**
                                         2121 Ponce de Leon Boulevard
                                         Suite 650
                                         Coral Gables, FL 33134
                                         Tel: 305-614-4071
                                         Fax: 305-440-4385
                                         abrito@britopllc.com
                                         jgarcia@britopllc.com
                                         mmena@britopllc.com
                                         icorp@britopllc.com
                                         apiriou@britopllc.com

                                         /s/Edward Andrew Paltzik
                                         Edward Andrew Paltzik
                                         Taylor Dykema PLLC
                                         914 E. 25th Street
                                         Houston, TX 77009
                                         Tel: 516-526-0341
                                         edward@taylordykema.com
                                         (*pro hac vice* admitted)

                                         /s/Daniel Zachary Epstein
                                         Daniel Zachary Epstein
                                         Epstein & Co. LLC
                                         8903 Glades Rd
                                         Ste A8 #2090
                                         Boca Raton, FL 33434
                                         Tel: 202-240-2398

dan@epsteinco.co
(*pro hac vice* admitted)

*Counsel to Plaintiff*
*President Donald J. Trump*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650│ Coral Gables, Florida 33134
Telephone: (305) 614-4071

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2026 the foregoing was

served via the Court's CM/ECF System upon:

| | |
|---|---|
| William J. Schifino, Jr., Esq.<br>Justin P. Bennett, Esq.<br>Gregory L. Pierson, Esq.<br>Gunster, Yoakley & Stewart, P.A.<br>401 E. Jackson Street<br>Suite 1500<br>Tampa, Florida 33602<br>wschifino@gunster.com<br>jbennett@gunster.com<br>gpierson@gunster.com<br>cwarder@gunster.com<br>*Counsel for Defendants Penguin Random House LLC,*<br>*Susanne Craig, and Russ Buettner* | George S. LeMieux, Esq.<br>Eric C. Edison, Esq.<br>Gunster, Yoakley<br>& Stewart, P.A.<br>450 East Las Olas Blvd.<br>Suite 1400<br>Fort Lauderdale, Florida 33301<br>glemieux@gunster.com<br>eedison@gunster.com<br>*Counsel for Defendants Penguin Random House LLC,*<br>*Susanne Craig, and Russ Buettner* |
| Williams & Connolly, LLP<br>Thomas G. Hentoff, Esq.*<br>Nicholas G. Gamse, Esq.*<br>Kimberly Broecker, Esq.*<br>680 Main Avenue S.W.<br>Washington, D.C. 20024<br>thentoff@wc.com<br>ngamse@wc.com<br>kbroecker@wc.com<br>*Counsel for Defendants New York Times Company,*<br>*Susanne Craig, Russ Buettner, and Peter Baker* | Elizabeth A. McNamara, Esq.* (lead counsel)<br>John M. Browning, Esq.*<br>Alexandra Perloff-Giles, Esq.*<br>Davis Wright Tremaine, LLP<br>1251 Avenue of the Americas<br>42nd Avenue<br>New York, New York 10020<br>lizmcnamara@dwt.com<br>jackbrowning@dwt.com<br>alexandraperloffgiles@dwt.com<br>*Counsel for Defendants Penguin Random House LLC,*<br>*Susanne Craig, and Russ Buettner* |
| Thomas & LoCicero, PL<br>Carol Jean LoCicero, Esq.<br>James J. McGuire, Esq. | |

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650│ Coral Gables, Florida 33134
Telephone: (305) 614-4071

Linda R. Norbut, Esq.
601 South Boulevard
Tampa, FL 33606
clocicero@tlolawfirm.com
jmcguire@tlolawfirm.com
lnorbut@tlolawfirm.com
*Counsel for Defendants New York Times Company,*
*Susanne Craig, Russ Buettner, and Peter Baker*

*/s/ Michael O. Mena*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071