**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company,<br><br>Defendants. | Case No. 8:25-cv-02487-SDM-NHA |

**UNOPPOSED MOTION OF JOHN M. BROWNING TO WITHDRAW AS COUNSEL FOR DEFENDANTS' PENGUIN RANDOM HOUSE LLC, SUSANNE CRAIG, AND RUSS BUETTNER**

Attorney John M. Browning, counsel for Defendants Penguin Random House LLC ("PRH"), Susanne Craig, and Russ Buettner (collectively the "PRH Defendants"), pursuant to Middle District of Florida Local Rule 2.02(c) move, without opposition for an order allowing him to withdraw as counsel for the PRH Defendants. In support, John M. Browning states as follows:

1. The Local Rules provide: "If a lawyer appears, the lawyer cannot without leave of court abandon, or withdraw from, the action." Local R. M.D. Fla. 2.02(c).

2. Good cause exists for this withdrawal, as John M. Browning will no longer be employed by Davis Wright Tremaine LLP after August 21, 2026.

3. The PRH Defendants will continue to be represented by Elizabeth A. McNamara and Alexandra Perloff-Giles of Davis Wright Tremaine LLP in this action.

4. The withdrawal of John M. Browning will not result in the PRH Defendants proceeding *pro se* in this action. Consequently, this motion does not provide the mailing addresses, email addresses, or telephone numbers for the PRH Defendants. *See* Local R. M.D. Fla. 2.02(c)(1)(B)(ii).

5. John M. Browning has notified the PRH Defendants of his intent to withdraw and they consent. *See* Local R. M.D. Fla. 2.02(c)(1)(A).

6. John M. Browning files this motion in good faith.

7. The withdrawal of John M. Browning will not hinder or delay this action's progression, nor will the withdrawal cause the continuance of trial, as the PRH Defendants will continue to be represented by Elizabeth A. McNamara and Alexandra Perloff-Giles of Davis Wright Tremaine LLP in this action. No party will be prejudiced by the granting of this motion.

WHEREFORE, Attorney John M. Browning respectfully requests that this Court enter an order allowing him to withdraw as counsel for the PRH Defendants in this action and for such other and further relief as this Court deems just and proper.

Dated: August 20, 2026.

Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ John M. Browning*
John M. Browning, Esq.*
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
jackbrowning@dwt.com

*Admitted *pro hac vice*

*Counsel for Defendants Penguin Random House LLC, Susanne Craig, and Russ Buettner*

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel certified that counsel conferred by email with counsel for Plaintiff, who does not oppose the relief requested in this motion.

*/s/ John M. Browning*
John M. Browning

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all counsel of record

*/s/ John M. Browning*
John M. Browning