Quiz: What Book Should You Read Next?

Penguin Random House




Look Inside

Audio Sample

EXHIBIT B

# Lucky Loser

How Donald Trump Squandered His Father's Fortune and Created the Illusion of Success

By Russ Buettner and Susanne Craig

Penguin Random House

0

## Book Description

**An Instant *New York Times* Bestseller • A *Washington Post* Notable Book • A *Financial Times* Best Business Book of the Year**

**"A first-rate financial thriller . . . *Lucky Loser* is one of those rare Trump books that deserve, even demand, to be read." –Alexander Nazaryan, *The New York Times***

**From the Pulitzer Prize-winning reporters behind the 2018 bombshell *New York Times* exposé of President Trump's finances, an explosive investigation into the history of Donald Trump's wealth, revealing how one of the country's biggest business failures lied his way into the White House**

Soon after announcing his first campaign for the US presidency, Donald J. Trump told a national television audience that life "has not been easy for me. It has not been easy for me." Building on a narrative he had been telling for decades, he spun a hardscrabble fable of how he parlayed a small loan from his father into a multi-billion-dollar business and real estate empire. This feat, he argued, made him singularly qualified to lead the country. Except: None of it was true. As his wealthy father's chosen successor, Trump received the equivalent today of more than $500 million in family money. He collected a second windfall thanks to Mark Burnett, the revolutionary television producer who made Trump a star. In truth, Trump's empire was underwritten, and at times saved, by the equivalent of more than $1 billion that

See More

Related Genres

Biography & Memoir

Politics

True Crime

## Praise

## Product Details

Author

## Russ Buettner

**Russ Buettner** is an investigative reporter at the *New York Times*. Since 2016, his reporting has focused on the personal finances of Donald J. Trump, including in-depth articles with Susanne Craig and other *Times* reporters that revealed the fortune Trump inherited from his father and the record of business failures hidden in twenty years of Trump's tax returns. Those articles were awarded a Pulitzer Prize and two George Polk awards. Buettner, who joined the *Times* in 2006, was also a finalist for a Pulitzer Prize in 2012 for articles with Danny Hakim highlighting abuse and neglect in New York's care of developmentally disabled people. He previously worked on investigations teams at the *Daily News* in New York and *New York Newsday*.

Learn More

Author

## Susanne Craig

**Susanne Craig** is an investigative reporter at the *New York Times*. Since 2016, her reporting has focused on the personal finances of Donald J. Trump, including in-depth articles that revealed the fortune Trump inherited from his father and the record of business failures hidden in twenty years of Trump's tax returns. Those articles were awarded a Pulitzer Prize and two George Polk awards. Craig previously covered Wall Street and served as Albany bureau chief for the *Times*. Prior to joining the *Times* in 2010, Craig was a reporter at *The Wall Street Journal* and *The Globe and Mail*, Canada's national newspaper. She is a member of the Order of Canada and serves as an on-air analyst for MSNBC.

Learn More

Subscribe for curated reading picks, the trendiest books, and so much more.

Email Address

SIGN UP

By clicking "Sign Up", I acknowledge that I have read and agree to Penguin Random House's **Privacy Policy** and **Terms of Use** and understand that Penguin Random House collects **certain categories of personal information** for the **purposes listed** in that policy, **discloses, sells, or shares certain personal information** and **retains personal information** in accordance with the **policy**. You can **opt-out** of the sale or sharing of personal information anytime.

## You May Also Like

Penguin Random House

0




**Lorne**

Paperback $22.00




**The Myth of American Idealism**

Paperback $20.00




**Patriot**

Paperback $21.00

Raise kids who love to read

**Brightly**
Raise kids who love to read

Out of Print

**Out of Print**
Shirts, totes, socks, and more for book lovers

An online magazine for today's home cook

**TASTE**
An online magazine for today's home cook

Today's Top Books

**Today's Top Books**
Want to know what people are actually reading right now?

Wonderbly

**Wonderbly**
Personalized books for kids and adults