The New York Times Company

David E. McCraw
Senior Vice President
& Deputy General Counsel

T 212 556 4031
mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

September 19, 2024

**VIA EMAIL**

Alejandro Brito, Esq.
Brito PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134

Re: Donald Trump

Dear Mr. Brito:

I write in response to your letter of September 15 concerning your client Donald Trump and a book excerpt recently published by The Times, "The Star-Making Machine That Created 'Donald Trump'" (September 14, 2024). I have reviewed your letter with the writers and their editors, and we see no basis for a correction. We know of nothing in the piece that is factually wrong, and your letter fails to specify what you contend is factually inaccurate in any of the statements cited. As your letter implicitly acknowledges, the statements are expressions of opinion, protected under both state law and the federal Constitution.

Sincerely,

David McCraw

David E. McCraw



EXHIBIT
E