BRITO PLLC

**Alejandro Brito**
Email: abrito@britopllc.com
Phone: (305) 614.4071
Address: 2121 Ponce de Leon. Suite 650
Coral Gables, FL 33134
www.britopllc.com

October 1, 2024

David E. McCraw, Esq.
Senior Vice President & Deputy General Counsel
The New York Times Company
620 Eighth Avenue
New York, New York 10018
mccrad@nytimes.com

**Re: False and Defamatory Statements About President Donald J. Trump**

Dear Mr. McCraw:

We are in receipt of your letter dated September 19, 2024.

In your letter, the New York Times ("NYT") relies upon the defense of opinion, but otherwise fails to address the concerns we raised in our notice letter dated September 15, 2024 concerning the defamatory article published by NYT, which sets forth a series of false, malicious, and highly disparaging claims regarding President Trump, his family, his employees, his properties, his investments, his career in the entertainment industry, his intelligence, his relationship with his father and his wife, as well as other inflammatory statements that are not protected from litigation.

We reiterate that just because NYT elects to publish false statements geared toward achieving a political end, and just because NYT has made plain its attempts to distort the record, including couching its smears in internally-contradictory attacks that reveal both malice and knowledge of falsity, NYT does not have a license to defame President Trump by calling its fantasist, revisionist falsity "mere opinion."

We, of course, would be happy to receive from you any facts or evidence that NYT may have to support some —or all—of the serious and inaccurate assertions made in the article. In any event, and to provide further notice to you as required by Florida law, we demand correction and retraction of the following false claims in the article (and we do so without waiving President Trump's legal rights including to pursue an action for defamation):

- False claim that President Trump squandered (lost) all of his inheritance and then "would earn" it back only from "licensing and endorsement deals" that amounted to a "lucky windfall ... requiring no business expertise," such that his reputation as a billionaire from his own efforts was "concocted" and his business endeavors not "legitimate"

- False claim that President Trump spent his life "deriding his father as a small-timer."

**EXHIBIT F**

BRITO
PLLC

**Alejandro Brito**
Email: abrito@britopllc.com
Phone: (305) 614.4071
Address: 2121 Ponce de Leon, Suite 650
Coral Gables, FL 33134
www.britopllc.com

- False claim that President Trump lacked substantial, marketable popularity and celebrity status prior to his No. 1-rated television show.

- False claim that President Trump had forced family members to take a building-sale action that betrayed his father.

- False claim that President Trump had no business documents on his desk and showed no sign of work in his office.

- False claim that President Trump was not viewed by the public as wealthy or intelligent, when even the defamatory article implicitly concedes that his 98% name recognition and charisma was the reason for his selection as the star of a television show that remains historically iconic.

- False claim that President Trump was "discovered" by a television producer, falsely contradicting the fact of President Trump's universal name recognition and resulting appearance on scores of television programs and major motion pictures, most of which celebrated his celebrity, business achievements, and wealth.

- False claim that President Trump's occasional disagreements with producers on the show led them to believe he made poor decisions, though the opposite was true.

The animus reflected in the defamatory article is also seen in its attempt to somehow erase the actual record of Donald Trump's life, career, and immense success prior to his accomplishments in the political world beginning in 2015. As an appendix to this letter, we list, without limitation, just a few of the matters that were intentionally omitted as part of the article's effort to mislead regarding those achievements and their chronology.

We look forward to receiving the requested correction and retraction.

Thank you.

Very truly yours,

ALEJANDRO BRITO

## APPENDIX (pre-The Apprentice)

### Business and Industry

1980 Grand Hyatt Hotel, New York City
1982 Forbes list, Wealthy People
1983 Trump Tower, New York City
1983 USFL Football League (Team Owner)
1984 Trump Plaza and Casino, Atlantic City
1985 Trump Castle, Atlantic City
1985 Mar-a-Lago, Palm Beach
1986 Trump Parc, NYC
1988 Plaza Hotel, NYC
1990 Trump Taj Mahal, Atlantic City
1995 40 Wall Street, NYC
1996 Miss Universe Organization, Miss USA, and Miss Teen USA (1996–2015)
1996 Trump National, Westchester
1997 Trump International Hotel and Tower
1999 Trump International Golf Club,
2001 Trump World Tower
2002 Trump National Golf Club, Ranchos Palos Verdes
2002 Trump National Golf Club, Bedminster

### Books - Best Selling

1987 Trump: The Art of the Deal
1990 Surviving at the Top
1997 The Art of the Comeback
2003 How to Get Rich
2000 The America We Deserve

### Movies and Television Appearances

1989 WrestleMania V
1989 Ghosts Can't Do It
1992 All My Children
1992 Lady Boss
1992 Home Alone 2
1993 Fallen Champ: The Untold Story of Mike Tyson
1994 Fresh Prince of Bel Air
1994 The Little Rascals
1995 Across the Sea of Time
1996 Eddie
1996 The Nanny
1996 The Associate
1997 The Drew Carey Show
1997 NightMan
1998 Spin city
1998 54
1998 Celebrity
1999 Sex In The City
2001 Miss Universe 2001
2001 The Job
2001 Zoolander
2002 Donald Trumps Real Estate Tycoon! (video game)
2002 Two Weeks Notice
2002 Miss USA 2002
2002 Miss Universe Pageant
2003 Ali G Show
Multiple interview appearances

## APPENDIX (from 2004-present)

### Business and Industry

2004 Trump National Golf Club, Charlotte
2005 Trump International Hotel, Las Vegas
2006 Trump National Golf Club, Philadelphia
2007 Trump International Hotel and Tower, Chicago
2007 Trump International Golf Club, Puerto Rico
2008 Trump National Golf Club, N.J.
2009 Trump National Golf Club, D.C.
2010 Trump International Golf Links, Scotland
2012 Trump National Golf Club, Doral
2012 Trump National Golf Club, Jupiter
2012 Trump National Golf Club, Charlotte
2014 Trump Turnberry, Scotland
2014 Trump International Golf Links, Doonbeg, Ireland
2015 Trump Links at Ferry Point, Bronx
2016 Elected as the 45th President of the United States
2017 Trump International Hotel, D.C.
2017 Trump International Golf Club, Dubai
2021 Truth Social

### Books - Best Selling

2004 How to Get Rich
2004 Think Like a Billionaire
2005 The Best Golf Advice I Ever Received
2006 Why We Want You to Be Rich
2006 – Trump 101: The Way to Success
2007 The Best Real Estate Advice I Ever Received
2007 Think Big and Kick Ass in Business and Life
2015 Crippled America (Great Again)
2015 Time to Get Tough: Make America Great Again!
2016 Great Again: How to Fix Our Crippled America
2021 Our Journey Together
2022 The Greatest Speeches of Donald J. Trump
2023 Letters to Trump
2024 Save America

### Movies and Television Appearances

2004–2015 The Apprentice and Celebrity Apprentice
2004 Marlamade
2005 Days of Our Lives
2007 WWE
2010 WWE
2010, 2016 Hosted Saturday Night Live
2011 Horrorween
2013 Emin: In Another Life (Music Video)
Multiple interview appearances