BOCHNER PLLC

**Edward Andrew Paltzik, Esq.**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341 e edward@bochner.law w bochner.law

October 29, 2024

*Via Email and Expedited Mail*

Diane Brayton
Executive Vice President & Chief Legal Officer
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Diane.Brayton@NYTimes.com

Anke Steinecke
Executive Vice President & Chief Legal Officer
Penguin Random House LLC
1745 Broadway
New York, NY 10019
asteinecke@penguinrandomhouse.com

Re: Cease and Desist Regarding False and Defamatory Statements About President Donald J. Trump By:
Ms. Susanne Craig ("Craig")
Mr. Russ Buettner ("Buettner")
Mr. Peter Baker ("Baker")
Mr. Michael S. Schmidt ("Schmidt")

Dear Mses. Brayton and Steinecke:

We write on behalf of our client, President Donald J. Trump. Please direct all future correspondence relating to this matter to my attention.

There was a time, long ago, when The New York Times was considered the "newspaper of record," and its editors dutifully adhered to the motto "All the News That's Fit to Print." Those halcyon days have passed. Today, the Times is a full-throated mouthpiece of the Democratic Party. The newspaper's editorial routine is now one of industrial-scale libel against political opponents. As such, the Times has become one the most unapologetic purveyors of known, malicious, and defamatory falsehoods against President Donald J. Trump in the modern landscape of legacy mainstream media. However, even by the Times's compromised ethical standards, the subject matter of this letter—a defamatory and disparaging book written by two of its reporters and three false, defamatory, and disparaging articles, all carefully crafted by the Potential Defendants (as defined *below*) with actual malice calculated to inflict maximum damage upon President Trump, and all published just days before a presidential election that may very well become the most consequential in American history—represents a new journalistic low for the hopelessly compromised and tarnished Gray Lady. The Potential Defendants' goal was to kill three birds with one stone: (a) damage President Trump's hard-earned and world-renowned reputation for business success, (b) in the process, sabotage his 2024 candidacy for President of the United States, and (c)

**EXHIBIT G**

BOCHNER PLLC
Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341 e edward@bochner.law w bochner.law

prejudice judges and juries in the unlawful cases brought against President Trump, his family, and his businesses by his political opponents for purposes of election interference.

This letter concerns a false, defamatory, and disparaging book published by Penguin Random House ("PRH") and written by New York Times reporters Craig and Buettner, as well as three related false, defamatory, and disparaging articles (written by the reporters identified in "Re:" *above*). Unquestionably, the New York Times, PRH, Craig, Buettner, Baker, and Schmidt ("you" and "Potential Defendants") believe these are worthy goals. To satisfy these goals, you have continued your malicious, false, and defamatory practices.

***The Defamatory Publications***

- On September 12, 2024, PRH, Buettner, and Craig published a false, defamatory, and disparaging book about President Trump ("the Book"). *See* Russ Buettner and Susanne Craig, LUCKY LOSER: HOW DONALD TRUMP SQUANDERED HIS FATHER'S FORTUNE AND CREATED THE ILLUSION OF SUCCESS, PENGUIN RANDOM HOUSE (Sept. 12, 2024), https://www.nytimes.com/books/best-sellers/business-books/;

- On September 14, 2024, the New York Times published a false, defamatory, and disparaging article about President Trump (the "First Article"). *See* Russ Buettner and Susanne Craig, THE STAR-MAKING MACHINE THAT CREATED 'DONALD TRUMP,' NEW YORK TIMES (Sept. 14, 2024), https://www.nytimes.com/2024/09/14/business/donald-trump-apprentice.html;

- On October 20, 2024, the Times published another false, defamatory, and disparaging article about President Trump (the "Second Article"). *See* Peter Baker, FOR TRUMP, A LIFETIME OF SCANDALS HEADS TOWARD A MOMENT OF JUDGMENT, NEW YORK TIMES (October 20, 2024), https://www.nytimes.com/2024/10/20/us/politics/trump-scandals.html;

- On October 22, 2024, the Times published a third false, defamatory, and disparaging article about President Trump (the "Third Article"). *See* Michael S. Schmidt, AS ELECTION NEARS, KELLY WARNS TRUMP WOULD RULE LIKE A DICTATOR, NEW YORK TIMES (October 22, 2024), https://www.nytimes.com/2024/10/22/us/politics/john-kelly-trump-fitness-character.html;

You published the false, defamatory, and disparaging Book and Articles all knowing that these publications were filled with repugnant, defamatory, and false distortions and fabrications about President Trump. Still, you simply ignored this breach of journalistic ethics. You knew that the Book and the Articles would attempt to further the goals of the New York Times and its backers in the Democratic Party precisely as intended. These publications were created with a backward methodology: the authors started with a desired narrative for the Book and the Articles, and then, to achieve that narrative, they falsified, distorted, and manipulated the otherwise accurate information available from public and private sources.

BOCHNER PLLC
Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341 e edward@bochner.law w bochner.law

Indeed, since 2015, when President Trump famously rode down the escalator at Trump Tower to announce his candidacy for President of the United States, and continuing to the present time, in which he is once again the leading candidate for President, the New York Times has made it abundantly clear that it has no intention of engaging in accurate reporting about President Trump. *See* Jim Rutenberg, *Trump Is Testing the Norms of Objectivity in Journalism* (Aug. 7, 2016), New York Times, *available at* https://www.nytimes.com/2016/08/08/business/balance-fairness-and-a-proudly-provocative-presidential-candidate.html ("If you view a Trump presidency as something that's potentially dangerous, then your reporting is going to reflect that. You would move closer than you've ever been to being oppositional. That's uncomfortable and uncharted territory for every mainstream, nonopinion journalist I've ever known, and by normal standards, untenable.") But the Times does have every intention of defaming and disparaging the world-renowned Trump brand that consumers have long associated with excellence, luxury, and success in entertainment, hospitality, and real estate, among many other industries, as well as falsely and maliciously defaming and disparaging him as a candidate for the highest office in the United States.

Ironically, to try and falsely and maliciously tear down President Trump's worldwide reputation for success, you decided to try and confront, head-on, what remains to this day one of the President's most well-known achievements, in addition to his decades of magnificent real estate achievements and winning the Presidency on the first try—his remarkable performance as the star of "The Apprentice," one of the top-rated shows of all time and a trailblazer in American television. Thanks solely to President Trump's *sui generis* charisma and unique business acumen, "The Apprentice" generated hundreds of millions of dollars in revenue and remained on television for over thirteen years, with nearly 200 episodes. "The Apprentice" represented the cultural magnitude of President Trump's singular brilliance, which captured the *zeitgeis*t of the early twenty-first century.

However, for you, President Trump's historic performance on "The Apprentice" was *such* an appealing target that you had no qualms about betraying journalistic standards to push a fake story helpful to the Democrats at any cost. In a shocking example of reckless disregard for the truth, Buettner and Craig wrote the Book and the First Article—green-lit for publication and published by Penguin Random House and the New York Times, respectively—without interviewing the famed producer Mark Burnett ("Burnett"), who co-created "The Apprentice" with President Trump and served as the show's executive producer. As admitted in the First Article, "*Mr. Burnett did not respond to invitations to be interviewed*." (emphasis added).

***<u>The False and Defamatory Statements</u>***

- Buettner, Craig, and PRH knowingly made the following false, malicious, and defamatory claims, among many others, in the Book with knowing or reckless disregard for the truth: President Trump received money from his father "through fraudulent tax evasion schemes"; his fortune "was built on government programs" and "twisting the rules" of those programs; he was "drawn to men who displayed a penchant for violence . . . ."; he "was failing" even when he was at his best; he tried to "erase his father's accomplishments from the public consciousness in

BOCHNER PLLC
Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341 e edward@bochner.law w bochner.law

service of artificially inflating his own"; he and his family permitted "infestations of cockroaches and mice, a broken air-conditioning system, elevators that did not work, a lack of hot water, and an unusable swimming pool" in their buildings; he did not "run[] the numbers" or conduct serious due diligence on his business investments; "[d]uring a fifteen-year rise," he "paid close attention to aesthetic details" but "had not paid . . . attention to financial details"; he and his family used a purported nonexistent entity "to evade gift and estate taxes"; he and his family "submit[ed] . . . padded bills to request rent increases from state officials"; he used an "invoice-padding operation . . . to siphon off his father's wealth outside the gift and estate tax system . . . ."; when the producers of the Apprentice came to meet him at his office for the first time, there was a "stench, a musty carpet odor that followed them like an invisible cloud . . . . [there were] scores of chips in the finish of the wooden desks and credenzas"; "other people would do all the work" on "The Apprentice"; the "diligent, measured [and] polite" version of President Trump on "The Apprentice" was "nonexistent" in real life; he became "a television celebrity" by "luck"; he "did not earn most of" his fortune and instead "was discovered by a revolutionary television producer"; he did nothing "in fifty years" to add "to his lucky fortunes."

- Moreover, The New York Times, Buettner, and Craig repeated many of these *exact* false, malicious, and defamatory claims from the Book about President Trump in the First Article.

- Baker and the New York Times made the following false, malicious, and defamatory claims, among many others, in the Second Article with knowing or reckless disregard for the truth: President Trump "knowingly . . . . appropriate[ed] medals that he did not win himself" from a friend for his high-school yearbook photo; he "cheated to get into college" by "pa[ying] a friend to take the SAT for him"; and he had "ties with the Mafia" and "violations of money laundering rules."

- Schmidt and the New York Times made the following false, malicious, and defamatory claims, among many others, in the Third Article with knowing or reckless disregard for the truth: According to discredited former chief-of-staff John Kelly, who was fired by President Trump and whose other false statements have been thoroughly debunked, President Trump "had made admiring statements about Hitler, had expressed contempt for disabled veterans and had characterized those who died on the battlefield for the United States as 'losers' and 'suckers' . . . ."

Given the long list of well-known and historic business achievements by President Trump and his family, President Trump's remarkable business, literary, media, and real estate achievements, and the fact that President Trump—and his life story—are the epitome of the American Dream and what it means to be an American patriot, as well as his lifelong support for America's men and women in uniform, these defamatory statements are all the more despicable in their falsity.

BOCHNER PLLC
Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341 e edward@bochner.law w bochner.law

***President Trump's Sterling Business & Real Estate Background***

President Trump's family has long been one of the most influential and successful real estate families in New York City. In 1985, President Trump's father, Fred C. Trump, received the Horatio Alger Award for distinguished Americans. President Trump initially learned about the real estate business from his father and utilized the skills he gained under his father's tutelage for his historic success in New York City's real estate market—the toughest in the world. Indeed, President Trump's early success and business acumen were nationally recognized in 1982 as he was listed in *The Forbes 400* List of the wealthiest people in America. *See e.g.*, 1982: THE FORBES 400, https://www.forbes.com/pictures/ghmf45edldg/1982-the-forbes-400.

Thereafter, President Trump's stewardship of the Trump Organization has made it and the Trump name synonymous not only with New York City real estate, but also with excellence, luxury, and worldwide success. Under President Trump's leadership, the Trump brand has come to symbolize the highest standards of class, quality, and consumer satisfaction. It can be accurately and fairly stated that President Trump built much of New York City's famed skyline.

President Trump has built, transformed, established, and revitalized businesses, projects and brands, including "The Apprentice;" Truth Social; Trump Tower, New York City; Trump International Hotel and Tower, New York City; The Trump Building, New York City; the GM Building, New York City; 1290 Avenue of the Americas, New York City; Trump Park Avenue, New York City; Trump Parc, New York City; Trump Parc East, New York City; Trump World Tower, New York City; 610 Park Avenue, New York City; Trump Tower City Center, New York City; Trump Palace, New York City; Trump Plaza, New York City; Plaza Hotel, New York City; 200 Riverside Boulevard, New York City; 240 Riverside Boulevard, New York City; 1 Central Park West, New York City; the Grand Hyatt Hotel, New York City; Wollman Rink, New York City; West Side Railyards, New York City; Trump Park Residences, Yorktown; Mar-a-Lago, Palm Beach; Trump Plaza and Casino, Atlantic City; Trump Castle, Atlantic City; Trump Taj Mahal, Atlantic City; Trump International Hotel, D.C.; Trump International Hotel, Las Vegas; Trump International Hotel and Tower, Chicago; Trump National, Westchester; Trump International Golf Club, West Palm Beach; Trump International Golf Club, Puerto Rico; Trump National Golf Club, Ranchos Palos Verdes; Trump National Golf Club, Bedminster; Trump National Golf Club, Charlotte; Trump National Golf Club, Philadelphia; Trump National Golf Club, Jupiter; Trump National Golf Club, D.C.; Trump National Golf Club, Doral; Trump International Golf Links, Scotland; Trump Turnberry, Scotland; Trump International Golf Links, Doonbeg, Ireland; Trump Links at Ferry Point, Bronx; Trump International Golf Dubai; USFL Football League (Team Owner); Miss Universe Organization; Miss USA; and Miss Teen USA. President Trump has also owned and operated the land underneath the Empire State Building—a New York City landmark.

President Trump has authored 14 bestsellers among dozens of chart-topping books: *Trump: The Art of the Deal* (1987); *Trump: Surviving at the Top* (1990); *Trump: The Art of the Comeback* (1997); *The America We Deserve* (2000); *Trump: How to Get Rich* (2004); *Trump: Think Like a Billionaire* (2004); *Why We Want You to Be Rich* (2006); *Trump 101: The Way to Success* (2006); *Trump: The Best Real Estate Advice I Ever Received* (2006); *Think Big and Kick Ass: In Business and Life* (2007); *Never Give Up: How I Turned My Biggest Challenges into Success* (2008); *Think*

BOCHNER PLLC
Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341 e edward@bochner.law w bochner.law

*Like a Champion: An Informal Education In Business and Life* (2008); *Time to Get Tough: Making America #1 Again!* (2011); *Midas Touch: Why Some Entrepreneurs Get Rich - and Why Most Don't* (2012); *Why We Want You to Be Rich: Two Men, One Message* (2014); *Crippled America: How to Make America Great Again* (2015); *Great Again: How to Fix Our Crippled America* (2015); *Our Journey Together* (2021); *The Greatest Speeches of Donald J. Trump* (2022); *Letters to Trump* (2023); *Trumped: The Wit and Wisdom of Donald J. Trump* (2024); *Time to Get Tough: Make America Great Again* (2024); and *Save America* (2024).

President Trump's hundreds of history-making media appearances include: *WrestleMania V* (1989); *Ghosts Can't Do It* (1989); *All My Children* (1992); *Lady Boss* (1992); *Home Alone 2* (1992); *Fallen Champ*: *The Untold Story of Mike Tyson* (1993); *Fresh Prince of Bel Air* (1994); *The Little Rascals* (1994); *Across the Sea of Time* (1995); *Eddie* (1996); *The Nanny* (1996); *The Associate* (1996); *The Drew Carey Show* (1997); *NightMan* (1997); *Spin City* (1998); *54* (1998); *Celebrity* (1998); *Sex In The City* (1998); *Miss Universe 2001* (2001); *The Job* (2001-2002); *Zoolander* (2001); *Donald Trump Real Estate Tycoon!* (2002) (video game); *Two Weeks Notice* (2002); *Miss USA 2002* (2002); *Ali G Show* (2003); *Marmalade* (2004); *Days of Our Lives* (2005); *Miss Universe Pageant*; *The Apprentice* (2004-2015) *and Celebrity Apprentice* (2008-2015); Hosted *Saturday Night Live* (2015); Hosted *WWE*; and much more.

President Trump has leveraged his business and real estate acumen to multiply his holdings across America and internationally, including Ireland, Oman, Scotland, Vietnam, and Dubai. His properties include majestic buildings, bespoke resorts, world-class golf courses, and elite restaurants.

Since leaving office in 2021, President Trump has begun new business ventures, ranging from social media enterprises to cryptocurrency offerings. His business success resonates in the American collective consciousness. "As concerns around the economy and inflation continue, about eight in ten registered voters (81%) say the economy will be vital to their vote in the 2024 presidential election." *See* Pew Research Center, ISSUES AND THE 2024 ELECTION (Sept. 9, 2024), https://www.pewresearch.org/politics/2024/09/09/issues-and-the-2024-election/. President Trump's appeal to the electorate is based, in significant part, on his proven ability to dig the United States out of its current economic disaster.

Further in line with President Trump's business success since leaving office, the Trump Media & Technology Group Corp.'s related Special Purpose Acquisition vehicle, trading under "DJT" on NASDAQ, belies the false accusations in the Article. According to reports, "[s]hares of Trump Media closed up more than 18%, extending the Truth Social owner's sudden turnaround from recent stock price lows and adding hundreds of millions of dollars to Donald Trump's on-paper net worth." *See* Kevin Breuninger, TRUMP MEDIA STOCK SURGES AS ELECTION BETTING ODDS SHIFT, TRUTH SOCIAL LAUNCHES STREAMING SITE, CNBC (Oct. 14, 2024), https://www.cnbc.com/2024/10/14/djt-trump-media-election-truth-social-harris.html. From October 2, 2024 to Oct. 28, 2024, the DJT stock price skyrocketed nearly 75%. *See* Google.com (search "DJT" and "month").

BOCHNER PLLC

Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341 e edward@bochner.law w bochner.law

***<u>President Trump's Public Persona and "The Apprentice"</u>***

President Trump masterfully applied his success in real estate and business into worldwide publicity that fueled the growth of the Trump Organization and continued to bolster his sterling reputation through the 1980s and 1990s as evidenced by his appearances and speaking parts in numerous well-known movies, television shows, and beauty pageants. By the early 2000s, President Trump was a well-known household name to the American public and internationally. The public associated President Trump's persona with someone who was highly successful, had built an enterprise worth over a billion dollars, and was tough and principled yet courageous enough to speak his mind without fear of rebuke.

President Trump's hard-earned reputation for excellence led Burnett to seek him out when the idea for the television show "The Apprentice" began to formulate. President Trump and Burnett created "The Apprentice," which aired in 2004 and gave the public an inside look into President Trump's brilliant business acumen and unique real estate wizardry. Because of President Trump's *sui generis* charisma and personality, "The Apprentice" instantly became a top-rated television show. The program generated hundreds of millions of dollars in revenue and was on television for over thirteen years, with nearly 200 episodes. Vitally, on "The Apprentice," President Trump coined the iconic catchphrase "You're Fired!" This led to numerous derivative works and merchandise that leveraged the phrase and embodied President Trump's name, image, and likeness. "The Apprentice" was a monumental success *because of* President Trump.

***<u>Your False Representations of Objectivity and Fairness</u>***

The New York Times disingenuously asserts the following creed: "We are committed to independent, fair and accurate reporting of stories from around the world. Being dedicated to journalistic independence isn't always easy or comfortable, but at The Times, colleagues across the company understand this is at the core of everything we do." *See* CAREERS, https://www.nytco.com/careers/. But this so-called mission statement is a hollow misrepresentation that contributes to the harm caused by the malicious defamation and disparagement at issue.

The New York Times promotes Buettner as someone who is "honored to do [his] part to uphold The Times's long tradition of integrity and independence in journalism, including by adhering to the standards outlined in our "Ethical Journalism Handbook." *See* RUSS BUETTNER, https://www.nytimes.com/by/russ-buettner. Buettner himself claims that "first and foremost, that means getting things right and being fair to everyone involved. It means recognizing the difference between what we think we know and what can be proven." *See id.*

The New York Times cynically promotes Craig as an investigative reporter who "[i]n recent years [has] been focused on shedding light on Mr. Trump's finances." *See* SUSANNE CRAIG, https://www.nytimes.com/by/susanne-craig. Craig herself claims to be "committed to upholding the standards of integrity that are outlined in our Ethical Journalism Handbook" and to "strive to be accurate and fair, and make every effort to understand issues from multiple angles." *See* SUSANNE CRAIG, https://www.nytimes.com/by/susanne-craig. As detailed in the Book and related

BOCHNER PLLC
Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341 e edward@bochner.law w bochner.law

reporting, Buettner and Craig received stolen tax returns from convicted felon Charles Littlejohn. *See Plaintiff's Notice of Filing Redacted Version of ECF 111-2 in Compliance with Court Order (ECF 114)*, *Kenneth C. Griffin v. Internal Revenue Service and U.S. Department of the Treasury*, Case No. 22-cv-24023 (S.D. FL Apr. 25, 2024), ECF No. 119 Exhibit 1 (Deposition of Charles Littlejohn).

The New York Times promotes Baker as its "chief White House correspondent . . . covering President Biden and his administration," who also "sometimes" writes about President Trump, "focusing mainly on analytical pieces attempting to place what's been happening in a larger context and historical framework." *See* PETER BAKER, https://www.nytimes.com/by/peter-baker. Baker himself claims that "journalistic independence is important for us at The Times . . . ." *See id.* Baker wrote a fawning biography of President Obama. *See* Peter Baker, OBAMA: THE CALL OF HISTORY, NEW YORK TIMES/CALLAWAY (June 27, 2017), https://perma.cc/4RX8-MQZW. Baker's wife, Susan Glasser, actively attacks President Trump on social media. *See* X Profile, Susan Glasser, *available at* https://x.com/sbg1.

The New York Times promotes Schmidt as "an investigative reporter . . . covering Washington," who "focuses on tracking and explaining high-profile federal investigations." *See* MICHAEL S. SCHMIDT, https://www.nytimes.com/by/michael-s-schmidt. Schmidt claims he has "dedicated my career to following the facts, without fear or favor." *See id*. Schmidt, also a contributor to MSNBC and NBC News, wrote a book attacking President Trump, published by PRH. *See* Michael S. Schmidt, DONALD TRUMP V. THE UNITED STATES: INSIDE THE STRUGGLE TO STOP A PRESIDENT, PENGUIN RANDOM HOUSE (Sept. 1, 2020), https://www.penguinrandomhouse.com/books/604656/donald-trump-v-the-united-states-by-michael-s-schmidt/.

Your representations of adherence to fairness are false and farcical. Indeed, as the popular saying goes, the New York Times has already "said the quiet part out loud" numerous times. For example, in 2016, Jim Rutenberg, another New York Times reporter, blatantly admitted during the first winning political campaign by President Trump that the New York Times's biased coverage of President Trump was justified and that it was under no obligation to cover him fairly. *See* Jim Rutenberg, TRUMP IS TESTING THE NORMS OF OBJECTIVITY IN JOURNALISM, NEW YORK TIMES (Aug. 7, 2024). https://www.nytimes.com/2016/08/08/business/balance-fairness-and-a-proudly-provocative-presidential-candidate.html.

***Liability and Damages***

The false, defamatory, and disparaging statements set forth above, which you made to hundreds of millions of individuals about President Trump—in the United States and abroad—are deceptive, malicious, intentional, defamatory, disparaging, distorted, fabricated, false, and misleading. They have attempted to injure President Trump in his candidacy for President and in his profession and occupation, thus constituting defamation per se.

It is undisputed that the Book and the Articles were published for and read by millions of individuals. It is also undisputed that the Book and the Articles were about and concerned President Trump. Further, you published the Book and the Articles and the false, defamatory, and

BOCHNER PLLC
Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341 e edward@bochner.law w bochner.law

disparaging statements contained therein, with actual malice, building on a long pattern of such malicious and defamatory statements. When such statements were made, you knew that the defamatory statements were false, or at minimum, acted with reckless disregard for the truth.

Numerous flashing red indicators of actual malice abound. Illustrative examples include but are not limited to: (a) The reckless decision by the New York Times, Buettner, Craig, and PRH to publish their stories about "The Apprentice" having failed to interview Burnett, clearly the most important person associated with the show other than President Trump and a necessary voice on numerous issues contained in the Book and the First Article (*See* First Article), (b) The shocking, and wrong, certitude with which the New York Times, Buettner, Craig, and PRH falsely claim in multiple instances that President Trump never did anything (or did next to nothing) to build his own fortune or success and that it was somehow all based on luck (you do not appear even willing to concede that at least *some* of President Trump's success was earned), while yet being fully aware of an overwhelming mountain of publicly available evidence to the contrary (*See* Book and First Article), (c) Your stubborn insistence on repeatedly pushing the fact-free narrative in the Book and the First Article that falsely diminishes President Trump, when in reality it is a matter of public record that President Trump was already a nationally known, hugely successful celebrity long before "The Apprentice" (*See id*.), (d) Your repeated false and strident assertions of wrongdoing by President Trump, without evidence, and with public information clearly stating the opposite. (*See id*.), (e) Baker's use of cheating allegations and allegations of Mafia affiliation without adequate sourcing or basis in reality, of which there is none (*See* Second Article); and (f) Schmidt's positioning of Kelly's debunked and discredited assertions about President Trump as fact notwithstanding well-known facts showing Kelly's total lack of truthfulness on the subject of the President (*See* Third Article).

You possessed both public and non-public information and had access to information you knew to be accurate that debunked the Book and the Articles. However, you deliberately ignored this information and instead published the Book and the Articles as "hit pieces" calculated to severely harm President Trump and his reputation.

Your tortious statements constitute defamation *per se*, since the statements impugned President Trump's fitness for office, his professional reputation, his business reputation, and his reputation in his occupation.

President Trump's economic damages are substantial indeed. The value of his one-of-a-kind, unprecedented personal brand alone is reasonably estimated to be worth at least $15,000,000,000 and very likely higher. His business ventures are successful and generate hundreds of millions of dollars of annual revenue for the Trump Organization. Moreover, the injury to President Trump's business and personal reputation inflicted by you threatens to continue, thereby causing massive economic damage to his brand value and significant damage and injury to his future financial prospects. The harm to the value of DJT stock is one example of what you have done to President Trump; if not for your actions, the stock would likely be even higher now than it is. Because President Trump's net worth is extremely high and includes his unique brand, which he has carefully cultivated over decades, the reputational injury inflicted in this case is at or above $10,000,000,000.

BOCHNER PLLC
Edward Andrew Paltzik, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 516.526.0341 e edward@bochner.law w bochner.law

***Conclusion***

Accordingly, given the obviously unlawful conduct you have repeatedly engaged in, you have created an untenable situation that must be addressed immediately. Namely, President Trump hereby demands that you: (1) ***cease and desist*** any and all conduct aimed at disrupting and harming his reputation, including further similar false, defamatory, and disparaging publications; (2) immediately issue ***a full and fair retraction of the statements*** made in the Book and the Articles, and any and all other false, defamatory, and disparaging statements about President Trump in as conspicuous a manner as they were originally published; and (3) immediately ***issue an apology*** for the false, defamatory, and disparaging statements about President Trump.

Moreover, please allow this letter to serve as notice to you, your affiliated entities, your employees, and any other person acting on behalf of or in concert with you to preserve any and all evidence related in any way to the abovementioned statements you made and any other statements that you have published or plan to publish regarding President Trump. By way of this letter, you are hereby directed not to destroy, conceal, or alter any paper or electronic files, physical evidence, and/or other data relating in any way, no matter how remote, to your false accusations against President Trump, and/or the circumstances leading to their dissemination, including, but not limited to: (1) all communications between you and any third party in any way related to your wrongful accusations against President Trump in the Book and the Articles; (2) all sources for your false accusations against President Trump in the Book and the Articles; (3) any and all documents referring to, reflecting, or relating to communications between you and any such third-parties or sources regarding your false accusations against President Trump in the Book and the Articles; (4) any and all documents in any way related to your false accusations against President Trump in the Book and the Articles; and (5) any and all other communications related to any current or planned publications by you regarding President Trump.

I understand that many records and files are maintained electronically. However, this letter specifically requests that all paper and hard copy originals be maintained and preserved in their original format. Electronic documents and the storage media on which they reside may contain relevant, discoverable information beyond that found in printed documents. Therefore, even where a paper copy exists and has been preserved, please preserve and maintain all electronically stored documents in their original native format, including all metadata. This preservation demand encompasses explicitly any and all electronic records, including but not limited to, all word-processed files, e-mails, spreadsheets, all databases, log files, and any other electronically stored and/or generated documents or files.

Should the above-referenced conduct not be addressed immediately, President Trump will have no alternative but to enforce his legal and equitable rights, all of which are expressly reserved and not waived. BE GUIDED ACCORDINGLY.

Sincerely, Edward Paltzik

Edward Andrew Paltzik
*Counsel to President Donald J. Trump*