**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK TIMES COMPANY, a New York corporation, SUSANNE CRAIG, an individual, RUSS BUETTNER, an individual, PETER BAKER, an individual, and PENGUIN RANDOM HOUSE LLC, a Delaware company,<br><br>Defendants. | Case No. 8:25-cv-2487-SDM-NHA |

**DEFENDANTS' UNOPPOSED MOTION**
**FOR EXTENSION OF PAGE LIMITS**

Defendants New York Times Company, Susanne Craig, Russ Buettner, Peter Baker, and Penguin Random House LLC (collectively, "Defendants") respectfully request an extension of the page limit for their supplemental brief in support of their Motion to Dismiss for Failure to State a Claim (Doc. 44). Plaintiff does not oppose the relief requested in this Motion.

After Defendants moved to dismiss the First Amended Complaint ("1AC") for improper venue under Rule 12(b)(3) or to transfer (Doc. 43) and to dismiss for failure to state a claim under Rule 12(b)(6) (Doc. 44), the Court denied the motion to dismiss for improper venue or to transfer (Doc. 88), and held a hearing on the Motion to Dismiss for Failure to State a Claim. Following that hearing, the Court issued an order that did not grant or deny Defendants' motion to dismiss the 1AC, but instead "deferred" adjudication of that motion and permitted Plaintiff to amend his complaint a second time. Doc. 94 at 1. Further, the Court explained that any second amended complaint could exceed the Court-imposed page limitation for Plaintiff's 1AC, and directed that, within 21 days after the Plaintiff files the Second Amended Complaint ("2AC"), "the defendants may either (1) by a succinct notice stand on the objections and arguments in the defendants' pending motion to dismiss or (2) supplement the motion to dismiss in no more than ten pages with argument limited to any new factual allegations in the second amended complaint." *Id.* at 2.

Plaintiff filed his 2AC on August 27, 2026, adding allegations that took the complaint from 113 paragraphs and 39 pages to 302 paragraphs and 60 pages (and correspondingly changing the paragraph numbers of the challenged statements).

Defendants remain of the view that the 2AC fails to state a claim for several independent reasons. In order to adequately address Plaintiff's new allegations, while still relying on their prior motion to dismiss, Defendants respectfully request an additional five pages for their supplemental brief, for a total of fifteen pages, excluding captions, signature blocks, certificates of conferral or service, and any verifications or attachments. *See* Local R. M.D. Fla. 3.01(a). As with their motion to dismiss the 1AC, the PRH Defendants (Penguin Random House LLC, Craig and Buettner) and the NYT Defendants (New York Times Company, Baker, Craig and Buettner) will submit a single joint submission on behalf of all Defendants. Defendants do not object to the Plaintiff being granted the same additional five pages for his opposition.

Date: September 4, 2026

*/s/ Carol Jean LoCicero*
Carol Jean LoCicero
**THOMAS & LOCICERO**
Florida Bar No. 603030
Linda Norbut
Florida Bar No. 1011401
601 S. Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

Thomas G. Hentoff (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
Kimberly Broecker (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5804
thentoff@wc.com
ngamse@ws.com
kbroecker@wc.com

***Attorneys for Defendants New York Times Company, Peter Baker, Susanne Craig, and Russ Buettner***

*/s/ William J. Schifino*
William J. Schifino, Jr.
Florida Bar No. 564338
Justin P. Bennett
Florida Bar No. 112833
Gregory L. Pierson
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
wschifino@gunster.com
jbennett@gunster.com
gpierson@gunster.com

George S. LeMieux
Florida Bar No. 16403
Eric C. Edison
Florida Bar No. 10379
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000
glemieux@gunster.com
eedison@gunster.com

Elizabeth A. McNamara (*pro hac vice*)
Alexandra Perloff-Giles (*pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
alexandraperloffgiles@dwt.com

***Attorneys for Defendants Penguin Random House LLC, Susanne Craig and Russ Buettner***

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that counsel for Defendants conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose the relief requested in this Motion.

*/s/ William J. Schifino*
William J. Schifino, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

*/s/ William J. Schifino*
William J. Schifino, Jr.